# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | |
| JEFFREY TODD GRACE | Case No. 15-24009GLT |
| AMY LOUISE GRACE | |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | |
| vs. | Document No __ |
| US BANK TRUST NA - TRUSTEE | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

The Movant, RONDA J. WINNECOUR, Standing Ch.13 Trustee, has received notice that an alleged change has occurred in the identity of the recipient of the MORTGAGE REGULAR PAYMENT to be issued in this case and relating to Debtor's account number 7559.

Regular mortgage payments are currently being directed to the following creditor at the following address:

US BANK TRUST NA - TRUSTEE
C/O SELECT PORTFOLIO SERVICING*
PO BOX 65450
SALT LAKE CITY,UT 84165

Movant has been requested to send payments to:
DLJ MORTGAGE CAPITAL SVCR SELECT PORTFOLIO SERVICING, INC.
3217 SOUTH DECKER LAKE DRIVE
SALT LAKE CITY, UT 84115

7559

The Chapter 13 Trustee's CID Records of US BANK TRUST NA - TRUSTEE have been placed on reserve in accordance with W.PA. LBR 3002-3(f). No further payment will be issued on this debt until a proof of assignment/notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P.3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

The Undersigned certifies that the Parties required to be served with this "Notice of Funds on Reserve" pursuant to W.PA.LBR 3002-3(g) were served on 5/7/2018.

cc: Debtor
Original creditor
Putative creditor
Debtor's Counsel

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
JEFFREY TODD GRACE, AMY LOUISE GRACE, 16 BARCLAY STREET, GREENSBURG, PA  15601

:
SELECT PORTFOLIO SERVICING INC**, ATTN BANKRUPTCY NOTICING, 3217 S DECKER LAKE DR, SALT LAKE CITY, UT  84119

ORIGINAL CREDITOR'S COUNSEL:
JAMES C WARMBRODT ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

NEW CREDITOR:
DLJ MORTGAGE CAPITAL SVCR
SELECT PORTFOLIO SERVICING, INC.
3217 SOUTH DECKER LAKE DRIVE
SALT LAKE CITY, UT 84115

DEBTOR'S COUNSEL:
DAVID A COLECCHIA ESQ, LAW CARE, 324 S MAPLE AVE, GREENSBURG, PA  15601

ORIGINAL CREDITOR:
US BANK TRUST NA - TRUSTEE, C/O SELECT PORTFOLIO SERVICING*, PO BOX 65450, SALT LAKE CITY, UT 84165