2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 15-24009-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Jeffrey Todd Grace
16 Barclay Street
Greensburg PA 15601

Amy Louise Grace
16 Barclay Street
Greensburg PA 15601

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/19/2018.

Name and Address of Alleged Transferor(s):

Claim No. 10: U.S. Bank Trust National Association as, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115

Name and Address of Transferee:

DLJ Mortgage Capital, Inc.
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    12/21/18

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jeffrey Todd Grace  
Amy Louise Grace  
　　　Debtors

Case No. 15-24009-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　User: dkam　　　Page 1 of 1　　　Date Rcvd: Dec 19, 2018  
　　　　　　　　　　　　　Form ID: trc　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.  
14764947　　　+U.S. Bank Trust National Association as,　Serviced by Select Portfolio Servicing,,  
　　　　3217 S. Decker Lake Dr.,　Salt Lake City, UT 84119-3284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:  
　　　Brett A. Solomon　　on behalf of Creditor　Santander Consumer USA Inc. bsolomon@tuckerlaw.com, agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com  
　　　David A. Colecchia　　on behalf of Debtor Jeffrey Todd Grace colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us  
　　　David A. Colecchia　　on behalf of Joint Debtor Amy Louise Grace colecchia542@comcast.net, dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us  
　　　James Warmbrodt　　on behalf of Creditor　U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkgroup@kmllawgroup.com  
　　　James P. Valecko　　on behalf of Creditor　LSF8 Master Participation Trust jvalecko@weltman.com, PitEcf@weltman.com  
　　　Office of the United States Trustee　　ustpregion03.pi.ecf@usdoj.gov  
　　　Ronda J. Winnecour　　cmecf@chapter13trusteewdpa.com  
　　　S. James Wallace　　on behalf of Creditor　Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
　　　William E. Craig　　on behalf of Creditor　JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 9