IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Jeffrey Todd Grace and<br>         Amy Louise Grace,<br>                    Debtor(s),<br>DLJ Mortgage Capital, Inc.<br>                    Movant(s),<br>         v.<br>Jeffrey Todd Grace and<br>Amy Louise Grace.<br>                    Respondents, | Case No. 15-24009-GLT<br><br><br><br><br>Chapter 13 |

## DECLARATION OF PLAN SUFFICIENCY FOR MORTGAGE PAYMENT CHANGE

1. The March 6, 2019 dated Notice of Mortgage Payment change filed by the Movant has been reviewed and the current Plan dated July 25, 2017 is sufficient to accommodate this change

2. Contemporaneously with the filing of this declaration, the Chapter 13 Trustee and the affected creditor have been served with a copy of this declaration.

Name of creditor:  DLJ Mortgage Capital, Inc.  represented by KML Law Group, P.C. Attn.: James C. Warmbrodt, Esquire 701 Market Street, Suite 5000, Philadelphia, PA 19106

Court claim number:     10          or (____) No claim filed.

/s/David A. Colecchia
David A. Colecchia, Esquire
David A. Colecchia and Associates
Law Care, 324 S. Maple Ave. Greensburg, PA 15601-3219
724-837-2320, PA ID 71830
colecchia542@comcast.net