# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: <br> JEFFREY TODD GRACE <br> AMY LOUISE GRACE <br><br>     Debtor(s) <br> RONDA J. WINNECOUR, <br> Standing Chapter 13 Trustee, <br><br>     Movant <br> vs. <br> BUREAUS INVESTMENT GROUP <br> PORTFOLIO NO 15 LLC++ <br>     Respondents | Case No. 15-24009GLT <br><br> Chapter 13 <br><br> Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor's mailing address is defunct according to the Postal Service. No change of address has been received.

| | |
|---|---|
| BUREAUS INVESTMENT GROUP <br> PORTFOLIO NO 15 LLC++ <br> C/O RECOVERY MGMNT SYST CORP <br> 25 SE 2ND AVE STE 1120 <br> MIAMI, FL 33131-1605 | Court claim# 5/Trustee CID# 23 |

The Movant further certifies that on 10/17/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour <br> RONDA J WINNECOUR PA ID #30399 <br> CHAPTER 13 TRUSTEE WD PA <br> 600 GRANT STREET |
| cc: debtor(s) <br>     original creditor <br>     putative creditor <br>     counsel for debtor(s) <br>     counsel for the creditor(s) (if known) | SUITE 3250 US STEEL TWR <br> PITTSBURGH, PA  15219 <br> (412) 471-5566 <br> cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>JEFFREY TODD GRACE, AMY LOUISE GRACE, 16 BARCLAY STREET, GREENSBURG, PA  15601 | DEBTOR'S COUNSEL:<br>DAVID A COLECCHIA ESQ, LAW CARE, 324 S MAPLE AVE, GREENSBURG, PA  15601 |
| ORIGINAL CREDITOR:<br>BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC++, C/O RECOVERY MGMNT SYST CORP, 25 SE 2ND AVE STE 1120, MIAMI, FL 33131-1605<br><br>NEW CREDITOR: | :<br>PRA RECEIVABLES MANAGEMENT LLC, ATTN BANKRUPTCY DEPT, 5425 ROBIN HOOD RD STE 201, NORFOLK, VA  23513 |