**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/17/2019

IN RE:

JEFFREY TODD GRACE
AMY LOUISE GRACE
16 BARCLAY STREET
GREENSBURG, PA 15601
XXX-XX-5532         Debtor(s)

XXX-XX-0240

Case No.15-24009 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/17/2019

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC\*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br><br> PITTSBURGH, PA  15212 | Trustee Claim Number:1   INT %: 0.00% <br> Court Claim Number:12 <br> CLAIM:  1,035.75 <br> COMMENT:  200001591094*4066@DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 1094 |
| **LSF8 MASTER PARTICIPATION TRUST** <br> C/O CALIBER HOME LOANS INC <br> PO BOX 24330 <br><br> OKLAHOMA CITY, OK  73134 | Trustee Claim Number:2   INT %: 0.00% <br> Court Claim Number:10 <br> CLAIM:  0.00 <br> COMMENT:  LOAN MOD @ 41 | CRED DESC:  MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 9883 |
| **SANTANDER CONSUMER USA\*\*** <br> PO BOX 560284 <br><br> DALLAS, TX  75356 | Trustee Claim Number:3   INT %: 0.00% <br> Court Claim Number:2 <br> CLAIM:  0.00 <br> COMMENT:  RS/DOE*SURR/PL*DK | CRED DESC:  VEHICLE <br> ACCOUNT NO.: 2929 |
| **FIRST COMMONWEALTH BANK** <br> C/O AAS DEBT RECOVERY INC <br> POB 129* <br><br> MONROEVILLE, PA  15146 | Trustee Claim Number:4   INT %: 0.00% <br> Court Claim Number:3 <br> CLAIM:  679.88 <br> COMMENT:  DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 2114 |
| **ACE CASH EXPRESS** <br> GOLETA NATIONAL BANK <br> 445 PINE AVE <br><br> GOLETA, CA  93117 | Trustee Claim Number:5   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 5762 |
| **AFNI** <br> P.O. BOX 3097 <br><br> BLOOMINGTON, IL  61702 | Trustee Claim Number:6   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  NT ADR~DISPUTED~DIRECTV/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 0891 |
| **AMERICAN PROFIT RECOVERY++** <br> 34405 W 12 MILE RD STE 379 <br><br> FARMINGTON, MI  48331 | Trustee Claim Number:7   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  KVET ANIMAL CARE~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 7948 |
| **BERKS CREDIT & COLLECTIONS INC\*++** <br> PO BOX 329 <br><br> TEMPLE, PA  19560 | Trustee Claim Number:8   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  WSTMRLND EMRGNCY MDCL~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 5087 |
| **BISHOP LAWARENCE T PERSECO** <br> 12 BARCLAY ST <br><br> GREENSBURG, PA  15601 | Trustee Claim Number:9   INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: ? |
| **COMCAST\*++** <br> 610 EPSILON DR <br><br> PITTSBURGH, PA  15238 | Trustee Claim Number:10  INT %: 0.00% <br> Court Claim Number: <br> CLAIM:  0.00 <br> COMMENT:  DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR <br> ACCOUNT NO.: 0122 |

| Creditor | Trustee/Court Claim | Claim/Comment | Cred Desc/Account |
|---|---|---|---|
| **AMERICAN INFOSOURCE LP - AGENT DIRECTV**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 1,160.14<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9973 |
| **SANTANDER CONSUMER USA INC DBA DRIVE F**<br>PO BOX 560284<br>DALLAS, TX 75356 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SURR/PL*NT ADR~BLOWN ENGINE/SCH*SECURED/AMD D*12-30-15*DK | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1000 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: SPRINT~DISPUTED/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7843 |
| **EOS CCA**<br>700 LONGWATER DR.<br>NORWELL, MA 02061 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5528 |
| **EXCELA HEALTH MEDICAL GROUP**<br>520 JEFFERSON AVE STE 400<br>JEANNETTE, PA 15644-2538 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5 EMG |
| **FIRST PREMIER BANK**<br>POB 5114<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~DISPUTED/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0550 |
| **GEICO**<br>ONE GEICO CENTER<br>MACON, GA 31296-0001 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISPUTED/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 50-76 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISPUTED/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0550 |
| **KVET ANIMAL CARE**<br>1 GIBRELTER WY<br>GREENSBURG, PA 15601-5613 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1387 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISPUTED/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1094 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **REC MANAGEMENT SERVICE**<br>240 EMERY ST<br><br>BETHLEHEM, PA 18015 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WST MGMT~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6660 |
| **RECEIVABLES PERFORMANCE MANAGEMENT**<br>20816 44TH AVE W<br><br>LYNNWOOD, WA 98036 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISH~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1049 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NO**<br>C/O RECOVERY MGMNT SYST CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 2,252.32<br>COMMENT: DISPUTED/SCH*NTC-RSV | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7987 |
| **THE BUREAUS INC**<br>650 DUNDEE RD STE 370<br><br>NORTHBROOK, IL 60062-2757 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CAP 1~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7230 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 587.88<br>COMMENT: DISPUTED/SCH*10/4/2013 CHG OFF | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 913.89<br>COMMENT: DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 155.01<br>COMMENT: DISPUTED/SCH*CHG OFF 6/16/2014 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9294 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 899.89<br>COMMENT: DISPUTED@1624/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3828 |
| **WESTMORELAND HOSPITAL**<br>532 W. PITTSBURGH STREET<br><br>GREENSBURG, PA 15601 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0271 |
| **WESTMORELAND HOSPITAL**<br>532 W. PITTSBURGH STREET<br><br>GREENSBURG, PA 15601 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0260 |

| Creditor | Trustee/Court Claim | CRED DESC / Account |
|---|---|---|
| **SANTANDER CONSUMER USA**<br>PO BOX 560284<br><br>DALLAS, TX 75356 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 0.00<br>COMMENT: SURR/CONF*7925/CL*ACCT NT/SCH-PL*SAME DEBT @ CID 12*DK*W/32 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 9813 |
| **SANTANDER CONSUMER USA**<br>PO BOX 560284<br><br>DALLAS, TX 75356 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 5,864.36<br>COMMENT: SAME DEBT SCH @ 12 @ SEC/SCH*SURR*W/31 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9813 |
| **THE BUREAUS INC++**<br>C/O RECOVERY MANAGEMENT SYST CORP<br>25 SE 2ND AVE STE 1120<br><br>MIAMI, FL 33131-1605 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CAP 1/SCH | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: ? |
| **LSF8 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC<br>PO BOX 24330<br><br>OKLAHOMA CITY, OK 73134 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 0.00<br>COMMENT: LOAN MOD @ 41 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9883 |
| **FIRST NATIONAL BANK OF PA**<br>C/O AAS DEBT RECOVERY INC<br>PO BOX 129*<br><br>MONROEVILLE, PA 15146 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 779.93<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9460 |
| **COLUMBIA GAS OF PA INC(*)**<br>PO BOX 117<br><br>COLUMBUS, OH 48216-0117 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 307.35<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0010 |
| **LSF8 MASTER PARTICIPATION TRUST**<br>C/O CALIBER HOME LOANS INC<br>PO BOX 24330<br><br>OKLAHOMA CITY, OK 73134 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 12,525.29<br>COMMENT: LOAN MOD @ 41 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 9883 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 901032<br><br>FT WORTH, TX 76101-2032 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 0.00<br>COMMENT: DROP DEAD RS/OE*LTCD/CONF*PMT/PL-CL*BGN 4-16*496.02X56+2=LMT*DK! | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 2503 |
| **WILLIAM CRAIG ESQ**<br>MORTON AND CRAIG<br>110 MARTER AVE STE 301<br><br>MOORESTOWN, NJ 08057 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:15<br><br>CLAIM: 7,534.24<br>COMMENT: 8777/PL*ADDED /AMD E@5/11/17*DK*2015 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 5532 |

CLAIM RECORDS

| | | |
|---|---|---|
| **DLJ MORTGAGE CAPITAL** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O SELECT PORTFOLIO SVCNG* | Court Claim Number:10-2 | ACCOUNT NO.: 7559 |
| POB 65450* | | |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT  84165 | COMMENT: DK4LMT*BGN 5/17*AMD*FR LSF8-DOC 208*FR US BK-DOC 214, 216 | |
| | | |
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC: UNSECURED/LATE FILED |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:15 | ACCOUNT NO.: 5532 |
| PO BOX 7317 | | |
| | CLAIM: 1,403.00 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT: NT/AMD SCH@5/11/17 | |