FILED
12/17/19 10:39 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE:  Jeffery Todd Grace and Amy Louise Grace<br>Debtors,<br><br>Jeffery Todd Grace and Amy Louise Grace,<br>Movants,<br><br>V.<br>Aas Debt Recovery Inc, ACE Cash Express, Afni, American Profit Recovery, Berks Credit & Collections, Bishop Lawrence T. Perseco, Caliber Home Loans, In Comcast Crd Prt Asso, Direct TV, Drive Fin/Santander Consumer USA, Enhanced Recovery Corp ` EOS CCA Excela Health Medical Group First Premier Bank Geico Casualty Company, Jefferson Capital Systems, LLC KVet Animal Care Peoples Natural Gas, Rcvl Per Mng Recmgmt Srvc SANTANDER CONSUMER USA, INC. Sentry Credit, Inc. The Bureaus Inc., Trident Asset Management Verizon, West Penn Power, Westmoreland Hospital and Ronda Winnecour, Chapter 13 Trustee,<br>Respondents, | Case No 15-24009 GLT<br>Related to Docket No.<br>Docket No.<br><br>Hearing Date: December 18, 2019<br>@ 10:00 AM in Courtroom A<br>Response Date:   December 9, 2019<br><br><br>Related to Docket No. 223 |

**ORDER OF COURT**

This ___17th Day of December_____, 2019 upon consideration

of the Motion for Prospective Post-Petition Auto Financing, it is hereby ordered that:

**1.)** The Debtors are authorized to purchase a replacement vehicle for their

2007 Volkswagen Jetta under the following terms and conditions:

    a. Amount financed shall not exceed $28,000 including tax, title, and

        registration

    b. The payment shall not exceed $550 per month

    c. The annual percentage rate for the vehicle shall not exceed **21.0%**.

      d. The length of financing shall not exceed seventy-two months

**2.)** Alternatively, the Debtors are permitted to enter into a lease to replace their Volkswagen Jetta under the following terms and conditions:

    a. The length of the lease for the car will not exceed 48 months

    b. The price of the replacement car to be leased will not exceed $28,000

    c. The payment on the lease for the replacement car will not exceed $550 per month.

**3).** Irrespective of whether the car is purchased or leased, the obligation shall be paid through a chapter 13 plan. The Debtor shall file an amended chapter 13 plan within 30 days of acquisition.

BY THE COURT:

_____
Gregory L. Taddonio, United States
Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jeffrey Todd Grace
Amy Louise Grace
    Debtors

Case No. 15-24009-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 1     Date Rcvd: Dec 17, 2019
                         Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2019.
db/jdb      +Jeffrey Todd Grace,    Amy Louise Grace,    16 Barclay Street,    Greensburg, PA 15601-1608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
        Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc. bsolomon@tuckerlaw.com,
        agilbert@tuckerlaw.com
        David A. Colecchia    on behalf of Joint Debtor Amy Louise Grace colecchia542@comcast.net,
        dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us
        David A. Colecchia    on behalf of Debtor Jeffrey Todd Grace colecchia542@comcast.net,
        dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekudlock@my-lawyers.us
        James Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
        James P. Valecko    on behalf of Creditor    LSF8 Master Participation Trust jvalecko@weltman.com,
        PitEcf@weltman.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
        srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
        William E. Craig    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
        mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                           TOTAL: 10