# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-24009-JAD |
|    Jeffrey Todd Grace | : | Chapter 13 |
|    Amy Louise Grace | : | |
| Debtor, | : | |

## NOTICE OF
## CHANGE OF NAME AND ADDRESS

Undeliverable Address

    Creditor Name:    Peoples Natural Gas Co. LLC
    Incorrect Address:    Attn.: Dawn Linder
    225 North Shore Drive
    Pittsburgh, PA  15212

Corrected Address:

    Creditor Name:    Peoples Natural Gas Co. LLC
    Correct Address:    P.O. Box 644760
    Pittsburgh, PA 15264

Dated: December 30, 2019

/s/David A. Colecchia, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us