Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jeffrey Todd Grace
Amy Louise Grace**
 Debtor(s)

Bankruptcy Case No.: 15−24009−GLT
Related to Docket No. 232
Chapter: 13
Docket No.: 233 − 232
Concil. Conf.: November 12, 2020 at 09:00 AM

## **ORDER**

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **September 28, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **October 13, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **November 12, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 13, 2020

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                           Case No. 15-24009-GLT
Jeffrey Todd Grace                                               Chapter 13
Amy Louise Grace
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                  Page 1 of 2                  Date Rcvd: Aug 13, 2020
                              Form ID: 213                Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db/jdb        +Jeffrey Todd Grace,    Amy Louise Grace,    16 Barclay Street,    Greensburg, PA 15601-1608
cr           ++JPMORGAN CHASE BANK N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                MONROE LA 71203-4774
               (address filed with court: JPMorgan Chase Bank, N.A.,     201 N Central Ave, Fl 11,
                Phoenix, AZ 85004)
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                Pittsburgh, PA 15212-5860
cr            +SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
cr            +Santander Consumer USA Inc.,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                1500 One PPG Place,    Pittsburgh, PA 15222-5413
14130994      +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
14202413       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                Carol Stream, IL 60197-5008
14130999      +Bishop Lawrence T Perseco,    12 Barclay Street,    Greensburg, PA 15601-1608
14170750     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
               (address filed with court: Columbia Gas of PA,     P.O. Box 117,    Columbus, OH 43216)
14131000       Caliber Home Loans, Inc.,    ISAOA/ATIMA.,    P.O. Box 7731,    Springfield, OH 45501-7731
14131002      +Crd Prt Asso,    Attn: Bankruptcy,    Po Box 802068,    Dallas, TX 75380-2068
14828042      +DLJ Mortgage Capital and Serviced by,    Select Portfolio Servicing, Inc.,
                3217 South Decker Lake Drive,    Salt Lake City, UT 84119-3284
14966913      +DLJ Mortgage Capital, Inc.,    Serviced by Select Portfolio Servicing,,
                3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
14131004      +Drive Fin/Santander Consumer USA,    Attn: Bankruptcy,    5201 Rufe Snow Dr Ste 400n,
                Richland Hills, TX 76180-6036
14131006       EOS CCA,    P.O. Box 981025,    Boston, MA 02298-1025
14149724      +First Commonwealth Bank,    c/o AAS Debt Recovery Inc.,    2526 Monroeville Blvd., Suite 205,
                Monroeville, PA 15146-2371
14153224       First National Bank of PA,    c/o AAS Debt Recovery Inc.,    2526 Monroeville, PA 15146
14131008      +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14131009       Geico Casualty Company,    One Geico Plaza,    Bethesda, MD 20811-0001
14131011       Kvet Animal Care,    1 Gibralter Way,    Greensburg, PA 15601-5613
14176382      +LSF8 Master Participation Trust,    Caliber Home Loans, Inc.,    13801 Wireless Way,
                Oklahoma City, OK 73134-2500
14131012      +Peoples Natural Gas,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14131014      +Recmgmt Srvc,    240 Emery Street,    Bethlehem, PA 18015-1980
14142228      +Santander Consumer USA, Inc.,    P.O. BOX 961245,    Ft Worth TX 76161-0244
14131016      +The Bureaus Inc.,    650 Dundee Rd,    Ste 370,    Northbrook, IL 60062-2757
14131017      +Trident Asset Management,    Po Box 888424,    Atlanta, GA 30356-0424
14764947      +U.S. Bank Trust National Association as,    Serviced by Select Portfolio Servicing,,
                3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
14131020       Westmoreland Hospital,    Cashier,    134 Indstrial Park Road,    Suite 2400,
                Greensburg, PA 15601-7848

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2020 04:15:22
                Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                Miami, FL 33131-1605
14130995      +E-mail/Text: bankruptcy1@acecashexpress.com Aug 14 2020 04:14:18      ACE Cash Express,
                1701 Lincoln Highway,    North Versailles, PA 15137-2550
14130996      +E-mail/Text: EBNProcessing@afni.com Aug 14 2020 04:14:18      Afni,    Attention: Bankruptcy,
                1310 Martin Luther King Dr,    Bloomington, IL 61701-1465
14161861       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2020 04:15:52
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK 73124-8838
14130997       E-mail/Text: bky@americanprofit.net Aug 14 2020 04:14:26      American Profit Recovery,
                34505 W 12 Mile Road, Suite 333,    Farmington, MI 48331-3288
14130998      +E-mail/Text: EBN_IndianapolisIMC@receivemorermp.com Aug 14 2020 04:14:44
                Berks Credit & Collections,    900 Corporate Drive,    Reading, PA 19605-3340
14155678       E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2020 04:15:22
                Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
                25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
14131001       E-mail/Text: documentfiling@lciinc.com Aug 14 2020 04:13:26      Comcast,    P.O. Box 3002,
                Southeastern, PA 19398-3002
14131003       E-mail/Text: G06041@att.com Aug 14 2020 04:14:27      Direct TV,    P.O. Box 78626,
                Phoenix, AZ 85062
14131005      +E-mail/Text: bknotice@ercbpo.com Aug 14 2020 04:14:15      Enhanced Recovery Corp,
                Attention: Client Services,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14731947       E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 14 2020 04:13:40      Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
14131010       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 14 2020 04:14:22      Jefferson Capital Systems, LLC,
                16 McCleland Road,    Saint Cloud, MN 56303
14264549       E-mail/Text: bk.notifications@jpmchase.com Aug 14 2020 04:13:46      JPMorgan Chase Bank, N.A.,
                National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
```

```
District/off: 0315-2                  User: dbas                    Page 2 of 2                  Date Rcvd: Aug 13, 2020
                                      Form ID: 213                  Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14131013         +E-mail/Text: Supportservices@receivablesperformance.com Aug 14 2020 04:14:40      Rcvl Per Mng,
                  Attn:Collections/Bankruptcy,   Po Box 1548,   Lynnwood, WA 98046-1548
14148911          E-mail/PDF: rmscedi@recoverycorp.com Aug 14 2020 04:15:22
                  Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
14131015         +E-mail/Text: compliance@sentrycredit.com Aug 14 2020 04:14:43       Sentry Credit, Inc.,
                  2809 Grand Avenue,   Everett, WA 98201-3417
14131018         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 14 2020 04:13:25
                  Verizon,   500 Technology Dr Ste 30,   Weldon Spring, MO 63304-2225
14131019         +E-mail/Text: bankruptcy@firstenergycorp.com Aug 14 2020 04:14:12       West Penn Power,
                  PO Box 3687,   Akron, OH 44309-3687
14176839         +E-mail/Text: bankruptcy@firstenergycorp.com Aug 14 2020 04:14:11       West Penn Power,
                  5001 NASA Blvd,   Fairmont, WV 26554-8248
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              CSMC 2019-RPL2 Trust
cr              DLJ Mortgage Capital, Inc.
cr              LSF8 Master Participation Trust
cr              U.S. Bank Trust National Association as Trustee fo
14966914*       +DLJ Mortgage Capital, Inc.,   Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
14131007        ##Excela health Medical Group,   520 Jefferson Ave. Suite 400,   Jeannette, PA 15644-2538
                                                                                              TOTALS: 4, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
              Brett A. Solomon    on behalf of Creditor    Santander Consumer USA Inc.
               brett.solomon@solomon-legal.com
              David A. Colecchia    on behalf of Joint Debtor Amy Louise Grace colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              David A. Colecchia    on behalf of Debtor Jeffrey Todd Grace colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;rjuliano@my-lawyers.us;ekud
               lock@my-lawyers.us
              James    Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    CSMC 2019-RPL2 Trust bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association as Trustee for
               GIFM Holdings Trust bkgroup@kmllawgroup.com
              James P. Valecko    on behalf of Creditor    LSF8 Master Participation Trust jvalecko@weltman.com,
               PitEcf@weltman.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              William E. Craig    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 11
```