| | | | | | |
|---|---|---|---|---|---|
| 30 | 5/2018 | $2,427.00 | $2,428.84 | | $203.69 |
| 31 | 6/2018 | $2,427.00 | $2,428.84 | | $201.85 |
| 32 | 7/2018 | $2,427.00 | $2,428.84 | | $200.01 |
| 33 | 8/2018 | $2,427.00 | $2,428.84 | | $198.17 |
| 34 | 9/2018 | $2,427.00 | $2,428.84 | | $196.33 |
| 35 | 10/2018 | $2,427.00 | $2,428.84 | | $194.49 |
| 36 | 11/2018 | $2,427.00 | $2,428.84 | | $192.65 |
| 37 | 12/2018 | $2,427.00 | $2,428.84 | | $190.81 |
| 38 | 1/2019 | $2,427.00 | $2,428.84 | | $188.97 |
| 39 | 2/2019 | $2,427.00 | $2,428.84 | | $187.13 |
| 40 | 3/2019 | $2,427.00 | $2,428.84 | | $185.29 |
| 41 | 4/2019 | $2,427.00 | $2,428.84 | | $183.45 |
| 42 | 5/2019 | $2,427.00 | $2,428.84 | | $181.61 |
| 43 | 6/2019 | $2,427.00 | $2,428.84 | | $179.77 |
| 44 | 7/2019 | $2,427.00 | $2,428.84 | | $177.93 |
| 45 | 8/2019 | $2,427.00 | $2,428.84 | | $176.09 |
| 46 | 9/2019 | $2,427.00 | $1,214.42 | | $1,388.67 |
| 47 | 10/2019 | $2,427.00 | $3,643.26 | | $172.41 |
| 48 | 11/2019 | $2,427.00 | $2,428.84 | | $170.57 |
| 49 | 12/2019 | $2,427.00 | $1,214.42 | | $1,383.15 |
| 50 | 1/2020 | $2,427.00 | $3,643.26 | | $166.89 |
| 51 | 2/2020 | $2,427.00 | $2,428.84 | | $165.05 |
| 52 | 3/2020 | $2,427.00 | $1,214.42 | | $1,377.63 |
| 53 | 4/2020 | $2,427.00 | | | $3,804.63 |
| 54 | 5/2020 | $2,427.00 | | | $6,231.63 |
| 55 | 6/2020 | $2,427.00 | | | $8,658.63 |
| 56 | 7/2020 | $2,427.00 | | | $11,085.63 |
| 57 | 8/2020 | $2,427.00 | | | $13,512.63 |
| 58 | 9/2020 | $2,427.00 | $1,653.00 | * | $14,286.63 |

**Total Delinquent Amount: $14,286.63**

MAIN CASE 15-24009
EXHIBIT SHOWING RECEIPT OF A FULL PLAN PAYMENT
PAGE 1 OF 2

## FINANCIAL SUMMARY - CASE 15-24009

AMY LOUISE GRACE paying **$2,427.00** MONTHLY

| Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All |

Limits: Select Start Date ▾ | Select Claim ID ▾ | Select Payee Name ▾ | Check Status: Cleared | Stale Dated | Stop Payment | Cancelled | Voided | Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 9/8/2020 | | ✳ | 7856631 NO DATE | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $653.00 | | |
| 9/8/2020 | | ✳ | 7856620 NO DATE | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $1,000.00 | | |
| 3/5/2020 | | | 23394781 3-2-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 2/18/2020 | | | 22982449 2/14/20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 2/6/2020 | | | 2661144 2-3-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 1/22/2020 | | | 22285327 1-17-20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 1/6/2020 | | | 21835428 1/3/20 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 1/2/2020 | | | 21360449 12-16-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 12/9/2019 | | | 20926651 12-2-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 11/22/2019 | | | 20595932 11/18/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 11/5/2019 | | | 20095700 11-1-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 10/22/2019 | | | 19713119 10/18/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 10/8/2019 | | | 9303842 10-3-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 10/1/2019 | | | 18871127 9/16/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 9/4/2019 | | | 18380137 8-30-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 8/19/2019 | | | 18054302 8-16-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 8/8/2019 | | | 17665808 8/2/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 7/22/2019 | | | 7231509 7-18-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 7/8/2019 | | | 16757597 7-1-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 6/21/2019 | | | 16341486 6-17-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 6/7/2019 | | | 5944130 6-3-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 5/21/2019 | | | 5463213 5-17-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 5/7/2019 | | | 15049917 5/3/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 4/23/2019 | | | 14597694 4/18/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 4/8/2019 | | | 14106894 4-1-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 3/25/2019 | | | 13779832 3/18/19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 3/6/2019 | | | 13305953 3-1-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 2/20/2019 | | | 2937407 2-15-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 2/7/2019 | | | 12563584 2-1-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 1/23/2019 | | | 2181628 1-18-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 1/8/2019 | | | 11778621 1-3-19 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 12/20/2018 | | | 11368741 12-17-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 12/6/2018 | | | 10975511 12-3-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 11/21/2018 | | | 10553797 11-16-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 11/7/2018 | | | 10258987 11-2-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 10/23/2018 | | | 9834921 10-18-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 10/9/2018 | | | 9415165 10/1/18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 9/21/2018 | | | 9107027 9-17-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 9/6/2018 | | | 8695961 8/31/18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 8/21/2018 | | | 8401845 8-17-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 8/8/2018 | | | 8035103 8-3-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 7/23/2018 | | | 7608217 7-16-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 7/9/2018 | | | 7277832 7-2-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 6/21/2018 | | | 29368366 6-18-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 6/6/2018 | | | 28999621 6-1-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 5/22/2018 | | | 28593401 5-18-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 5/7/2018 | | | 8261839 5-3-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 4/24/2018 | | | 7971744 4-16-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 4/9/2018 | | | 27624141 4/2/18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 4/2/2018 | | | 27253352 3-16-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 3/6/2018 | | | 26887249 3-2-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 2/22/2018 | | | 26254179 2/2/18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 2/21/2018 | | | 26673008 2/16/18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |
| 1/17/2018 | | | 5820125 1-12-18 | DEBTOR PAYMENTS REMITTED BY EMPLOYER DEDUCTION | $1,214.42 | | |