usbankruptcycourts@noticingcenter.com                11/13/2020 12:26 PM

# U.S. Bankruptcy Court, Western District of Pennsylvania - Undeliverable Notice, In re: Jeffrey Todd Grace, Case Number: 15-24009, GLT, Ref: [p-157384051]

To colecchia542@comcast.net

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

November 14, 2020

From: United States Bankruptcy Court, Western District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Jeffrey Todd Grace, Case Number 15-24009, GLT

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

RECEIVED
MAR - 9 2021
CLERK, U.S. BANKRUPTCY COURT
WEST DIST OF PENNSYLVANIA

Undeliverable Address:
LSF8 Master Participation Trust

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Caliber Home Loans, Inc.
Attn: Cash Operations
PO Box 24330
Oklahoma City, OK 73124-0330

Undeliverable Address:
U.S. Bank Trust National Association as Trustee fo

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

PO Box 65450
Salt Lake City, UT 84165-0450

Undeliverable Address:
DLJ Mortgage Capital, Inc.

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

PO Box 65450
Salt Lake City, UT 84165-0450

Undeliverable Address:
CSMC 2019-RPL2 Trust

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

Party recieving notice through ECF.

Undeliverable Address:
Excela health Medical Group
520 Jefferson Ave. Suite 400
Jeannette, PA 15644-2538

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

PO Box 645189
Pittsburgh, PA 15264-5254

_____        03/04/2021
Signature of Debtor or Debtor's Attorney    Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

- B_P215240091490793.PDF (43 KB)

RECEIVED
MAR - 9 2021
CLERK, U.S. BANKRUPTCY COURT
OF PENNSYLVANIA