4/8/2021 Xfinity Connect U.S. Bankruptcy Court, Western District of Pennsylvania - Undeliverable Notice, In re: Jeffrey Todd Grace, Case Number...

Case 15-24009-GLT    Doc 247    Filed 04/29/21    Entered 04/29/21 17:42:49    Desc Main
Document     Page 1 of 1

usbankruptcycourts@noticingcenter.com                                    4/3/2021 9:49 AM

# U.S. Bankruptcy Court, Western District of Pennsylvania - Undeliverable Notice, In re: Jeffrey Todd Grace, Case Number: 15-24009, GLT, Ref: [p-162735781]

To colecchia542@comcast.net

---

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

April 4, 2021

From: United States Bankruptcy Court, Western District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Jeffrey Todd Grace, Case Number 15-24009, GLT

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

2
U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

*[Stamp: RECEIVED 2021 APR 29 P 4:27 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]*

---

Undeliverable Address:
CSMC 2019-RPL2 Trust

Role type/cr id: cr
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:

*[Handwritten: c/o 2021 Customer Service Mortgage Corporation 4353 Park Terrace Drive #100 Westlake Village, CA 91361]*

_____    _____
Signature of Debtor or Debtor's Attorney                Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

---

- B_P215240092130810.PDF (33 KB)