Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jeffrey Todd Grace** : | Case No. 15−24009−GLT |
| **Amy Louise Grace** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| : | |
| : | Related to Docket No. 244 |
| : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

      *AND NOW,* this ***The 27th of May, 2021,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

                                                              Gregory L. Taddonio, Judge
                                                            United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jeffrey Todd Grace  
Amy Louise Grace  
    Debtors

Case No. 15-24009-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dbas | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2021 | Form ID: 309 | Total Noticed: 52 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Todd Grace, Amy Louise Grace, 16 Barclay Street, Greensburg, PA 15601-1608 |
| cr | + | CSMC 2019-RPL2 Trust, c/o 2021 Customer Service Mortgage Corp, 4353 Park Terrace Drive #100, Westlake Village, CA 91361-4663 |
| cr | | DLJ Mortgage Capital, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| cr | ++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774 address filed with court:, JPMorgan Chase Bank, N.A., 201 N Central Ave, Fl 11, Phoenix, AZ 85004 |
| cr | | LSF8 Master Participation Trust, Caliber Home Loans, INc, Attn: Cash Operations, PO Box 24330, Oklahoma City, OK 73124-0330 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | Santander Consumer USA Inc., c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| cr | | U.S. Bank Trust National Association as Trustee fo, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14130994 | + | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14130999 | + | Bishop Lawrence T Perseco, 12 Barclay Street, Greensburg, PA 15601-1608 |
| 14170750 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, P.O. Box 117, Columbus, OH 43216 |
| 14131000 | | Caliber Home Loans, Inc., ISAOA/ATIMA., P.O. Box 7731, Springfield, OH 45501-7731 |
| 14131002 | + | Crd Prt Asso, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 14828042 | + | DLJ Mortgage Capital and Serviced by, Select Portfolio Servicing, Inc., 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14966913 | + | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14131006 | | EOS CCA, P.O. Box 981025, Boston, MA 02298-1025 |
| 14131007 | + | Excela health Medical Group, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 14149724 | + | First Commonwealth Bank, c/o AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 14153224 | | First National Bank of PA, c/o AAS Debt Recovery Inc., 2526 Monroeville Blvd., Monroeville, PA 15146 |
| 14131009 | | Geico Casualty Company, One Geico Plaza, Bethesda, MD 20811-0001 |
| 14131011 | | Kvet Animal Care, 1 Gibralter Way, Greensburg, PA 15601-5613 |
| 14176382 | + | LSF8 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14131012 | + | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 14131014 | + | Recmgmt Srvc, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14131016 | + | The Bureaus Inc., 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14131017 | + | Trident Asset Management, Po Box 888424, Atlanta, GA 30356-0424 |
| 14764947 | + | U.S. Bank Trust National Association as, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14131020 | | Westmoreland Hospital, Cashier, 134 Indstrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | EDI: RECOVERYCORP.COM | May 28 2021 02:58:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14130995 | + | EDI: ACECASHXPRESS.COM | May 28 2021 02:58:00 | ACE Cash Express, 1701 Lincoln Highway, North Versailles, PA 15137-2550 |
| 14130996 | + | EDI: AFNIRECOVERY.COM | May 28 2021 02:58:00 | Afni, Attention: Bankruptcy, 1310 Martin Luther |

Case 15-24009-GLT   Doc 249   Filed 05/29/21   Entered 05/30/21 00:33:41   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2021 | Form ID: 309 | Total Noticed: 52 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | King Dr, Bloomington, IL 61701-1465 |
| 14202413 | | EDI: DIRECTV.COM | May 28 2021 02:58:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14161861 | | EDI: AIS.COM | May 28 2021 02:58:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14130997 | | Email/Text: bky@americanprofit.net | May 28 2021 02:07:00 | American Profit Recovery, 34505 W 12 Mile Road, Suite 333, Farmington, MI 48331-3288 |
| 14130998 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | May 28 2021 02:07:00 | Berks Credit & Collections, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14155678 | | EDI: RECOVERYCORP.COM | May 28 2021 02:58:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14131001 | | EDI: COMCASTCBLCENT | May 28 2021 02:58:00 | Comcast, P.O. Box 3002, Southeastern, PA 19398-3002 |
| 14131003 | | EDI: DIRECTV.COM | May 28 2021 02:58:00 | Direct TV, P.O. Box 78626, Phoenix, AZ 85062 |
| 14131004 | + | EDI: DRIV.COM | May 28 2021 02:58:00 | Drive Fin/Santander Consumer USA, Attn: Bankruptcy, 5201 Rufe Snow Dr Ste 400n, Richland Hills, TX 76180-6036 |
| 14131005 | + | Email/Text: bknotice@ercbpo.com | May 28 2021 02:07:00 | Enhanced Recovery Corp, Attention: Client Services, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14131008 | + | EDI: AMINFOFP.COM | May 28 2021 02:58:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14731947 | | EDI: IRS.COM | May 28 2021 02:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14131010 | | EDI: JEFFERSONCAP.COM | May 28 2021 02:58:00 | Jefferson Capital Systems, LLC, 16 McCleland Road, Saint Cloud, MN 56303 |
| 14264549 | | EDI: CHASEAUTO | May 28 2021 02:58:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14131013 | + | Email/Text: Supportservices@receivablesperformance.com | May 28 2021 02:07:00 | Rcvl Per Mng, Attn:Collections/Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 14148911 | | EDI: RECOVERYCORP.COM | May 28 2021 02:58:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14142228 | + | EDI: DRIV.COM | May 28 2021 02:58:00 | Santander Consumer USA, Inc., P.O. BOX 961245, Ft Worth TX 76161-0244 |
| 14131015 | + | Email/Text: compliance@sentrycredit.com | May 28 2021 02:07:00 | Sentry Credit, Inc., 2809 Grand Avenue, Everett, WA 98201-3417 |
| 14131018 | + | EDI: VERIZONCOMB.COM | May 28 2021 02:58:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14131019 | + | Email/Text: bankruptcy@firstenergycorp.com | May 28 2021 02:07:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14176839 | + | Email/Text: bankruptcy@firstenergycorp.com | May 28 2021 02:07:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14966914 | *+ | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: May 27, 2021 | Form ID: 309 | Total Noticed: 52 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 29, 2021              Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Santander Consumer USA Inc. brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor CSMC 2019-RPL2 Trust bnicholas@kmllawgroup.com |
| David A. Colecchia | on behalf of Joint Debtor Amy Louise Grace colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| David A. Colecchia | on behalf of Debtor Jeffrey Todd Grace colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| James P. Valecko | on behalf of Creditor LSF8 Master Participation Trust jvalecko@weltman.com  PitEcf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor JPMorgan Chase Bank  N.A. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11