| # | Date | Amount | Paid | Note | Balance |
|---|------|--------|------|------|---------|
| 28 | 3/2018 | $2,427.00 | $1,214.42 | | $1,421.79 |
| 29 | 4/2018 | $2,427.00 | $3,643.26 | | $205.53 |
| 30 | 5/2018 | $2,427.00 | $2,428.84 | | $203.69 |
| 31 | 6/2018 | $2,427.00 | $2,428.84 | | $201.85 |
| 32 | 7/2018 | $2,427.00 | $2,428.84 | | $200.01 |
| 33 | 8/2018 | $2,427.00 | $2,428.84 | | $198.17 |
| 34 | 9/2018 | $2,427.00 | $2,428.84 | | $196.33 |
| 35 | 10/2018 | $2,427.00 | $2,428.84 | | $194.49 |
| 36 | 11/2018 | $2,427.00 | $2,428.84 | | $192.65 |
| 37 | 12/2018 | $2,427.00 | $2,428.84 | | $190.81 |
| 38 | 1/2019 | $2,427.00 | $2,428.84 | | $188.97 |
| 39 | 2/2019 | $2,427.00 | $2,428.84 | | $187.13 |
| 40 | 3/2019 | $2,427.00 | $2,428.84 | | $185.29 |
| 41 | 4/2019 | $2,427.00 | $2,428.84 | | $183.45 |
| 42 | 5/2019 | $2,427.00 | $2,428.84 | | $181.61 |
| 43 | 6/2019 | $2,427.00 | $2,428.84 | | $179.77 |
| 44 | 7/2019 | $2,427.00 | $2,428.84 | | $177.93 |
| 45 | 8/2019 | $2,427.00 | $2,428.84 | | $176.09 |
| 46 | 9/2019 | $2,427.00 | $1,214.42 | | $1,388.67 |
| 47 | 10/2019 | $2,427.00 | $3,643.26 | | $172.41 |
| 48 | 11/2019 | $2,427.00 | $2,428.84 | | $170.57 |
| 49 | 12/2019 | $2,427.00 | $1,214.42 | | $1,383.15 |
| 50 | 1/2020 | $2,427.00 | $3,643.26 | | $166.89 |
| 51 | 2/2020 | $2,427.00 | $2,428.84 | | $165.05 |
| 52 | 3/2020 | $2,427.00 | $1,214.42 | | $1,377.63 |
| 53 | 4/2020 | $2,427.00 | | | $3,804.63 |
| 54 | 5/2020 | $2,427.00 | | | $6,231.63 |
| 55 | 6/2020 | $2,427.00 | | | $8,658.63 |
| 56 | 7/2020 | $2,427.00 | | | $11,085.63 |
| 57 | 8/2020 | $2,427.00 | | | $13,512.63 |
| 58 | 9/2020 | $2,427.00 | $1,653.00 | | $14,286.63 |
| 59 | 10/2020 | $2,427.00 | $1,653.00 | $15,060.63 (CONF OE 11-12-20) | $0.00 |
| 60 | 11/2020 | $1,653.00 | $1,653.00 | | $0.00 |
| 61 | 12/2020 | $1,653.00 | | | $1,653.00 |
| 62 | 1/2021 | $1,653.00 | $1,653.00 | | $1,653.00 |
| 63 | 2/2021 | $1,653.00 | | | $3,306.00 |
| 64 | 3/2021 | $1,653.00 | | | $4,959.00 |
| 65 | 4/2021 | $1,653.00 | | | $6,612.00 |
| 66 | 5/2021 | $1,653.00 | $2,000.00 | | $6,265.00 |
| 67 | 6/2021 | $1,653.00 | | | $7,918.00 |

**Total Delinquent Amount: $7,918.00**

EXHIBIT SHOWING TRUSTEE RECIEPT OF A FULL PLAN PAYMENT ON MAY 6, 2021

CASE NO: 15-24009-GLT

# PAYMENT SCHEDULES - CASE 15-24009

Printer Friendly

Which Debtor: **AMY LOUISE GRACE**   Schedule Number: 1

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 12/1/2015 | 4.00 | $2,225.00 | MONTHLY | MACYS | 11/18/2015 | None |
| 4/1/2016 | 8.00 | $2,225.00 | MONTHLY | JCPENNEY CO INC* | 4/19/2016 | None |
| 12/1/2016 | 5.00 | $2,555.00 | MONTHLY | JCPENNEY CO INC* | | None |
| 5/1/2017 | 2.00 | $1,720.00 | MONTHLY | JCPENNEY CO INC* | 5/11/2017 | None |
| 7/1/2017 | 1.00 | $1,720.33 | MONTHLY | JCPENNEY CO INC* | 7/27/2017 | None |
| 8/1/2017 | 31.00 | $2,427.00 | MONTHLY | JCPENNEY CO INC* | 8/15/2017 | None |
| 3/1/2020 | 8.00 | $2,427.00 | MONTHLY | AMY LOUISE GRACE | | None |
| 11/1/2020 | end of plan | $1,653.00 | MONTHLY | AMY LOUISE GRACE | | None |

Which Debtor: **AMY LOUISE GRACE**   Schedule Number: 2

| Start Date | Number Periods | Amount | How Often | Who's Paying | Order Date | Action |
|---|---|---|---|---|---|---|
| 5/1/2017 | 2.00 | $835.00 | MONTHLY | AMY LOUISE GRACE | | None |
| 7/1/2017 | 1.00 | $834.67 | MONTHLY | AMY LOUISE GRACE | | None |
| 8/1/2017 | end of plan | $0.00 | MONTHLY | AMY LOUISE GRACE | | None |

Click to View Debtor schedules.

Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Forgive Amount | Amount Due |
|---|---|---|---|---|---|
| 1 | 12/2015 | $2,225.00 | $1,182.00 | | $1,043.00 |
| 2 | 1/2016 | $2,225.00 | $2,364.00 | | $904.00 |
| 3 | 2/2016 | $2,225.00 | $2,364.00 | $765.00 (CONF OE 3/11/16) | $0.00 |
| 4 | 3/2016 | $2,225.00 | $2,364.00 | | ($139.00) |
| 5 | 4/2016 | $2,225.00 | $2,364.00 | | ($278.00) |
| 6 | 5/2016 | $2,225.00 | | | $1,947.00 |
| 7 | 6/2016 | $2,225.00 | | | $4,172.00 |
| 8 | 7/2016 | $2,225.00 | | | $6,397.00 |
| 9 | 8/2016 | $2,225.00 | | | $8,622.00 |
| 10 | 9/2016 | $2,225.00 | | | $10,847.00 |
| 11 | 10/2016 | $2,225.00 | $2,561.00 | | $10,511.00 |
| 12 | 11/2016 | $2,225.00 | $1,280.50 | $11,455.50 (CONF OE 11/23/16) | $0.00 |
| 13 | 12/2016 | $2,555.00 | $3,841.50 | | ($1,286.50) |
| 14 | 1/2017 | $2,555.00 | $2,561.00 | | ($1,292.50) |
| 15 | 2/2017 | $2,555.00 | $2,561.00 | | ($1,298.50) |
| 16 | 3/2017 | $2,555.00 | $2,561.00 | | ($1,304.50) |
| 17 | 4/2017 | $2,555.00 | $2,561.00 | | ($1,310.50) |
| 18 | 5/2017 | $2,555.00 | $2,873.80 | | ($1,629.30) |
| 19 | 6/2017 | $2,555.00 | $2,561.00 | | ($1,635.30) |
| 20 | 7/2017 | $2,555.00 | $2,561.00 | ($1,641.30) (CONF OE 8/9/17) | $0.00 |
| 21 | 8/2017 | $2,427.00 | $2,561.00 | | ($134.00) |
| 22 | 9/2017 | $2,427.00 | $860.17 | | $1,432.83 |
| 23 | 10/2017 | $2,427.00 | $3,643.26 | | $216.57 |
| 24 | 11/2017 | $2,427.00 | $2,428.84 | | $214.73 |
| 25 | 12/2017 | $2,427.00 | $2,428.84 | | $212.89 |
| 26 | 1/2018 | $2,427.00 | $2,428.84 | | $211.05 |
| 27 | 2/2018 | $2,427.00 | $2,428.84 | | $209.21 |