# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Jeffrey Todd Grace and Amy Louise Grace<br>  Debtors, | Case No. 15-24009-GLT<br><br>Chapter 13 |
| Jeffery Todd Grace and Amy Louise Grace,<br>  Movants,<br>  V.<br>Aas Debt Recovery Inc, ACE Cash Express, Afni, American Profit Recovery, Berks Credit & Collections, Bishop Lawrence T. Perseco, Caliber Home Loans, In Comcast Crd Prt Asso, Direct TV, Drive Fin/Santander Consumer USA, Enhanced Recovery Corp EOS CCA Excela Health Medical Group First Premier Bank Geico Casualty Company, Jefferson Capital Systems, LLC KVet Animal Care, Peoples Natural Gas, Rcvl Per Mng Recmgmt Srvc, SANTANDER CONSUMER USA, INC. Sentry Credit, Inc. The Bureaus Inc., Trident Asset Management, Verizon, West Penn Power, Westmoreland Hospital and Ronda Winnecour, Chapter 13 Trustee,<br>  Respondents, | Related to Docket No. 250, 254<br><br>Docket No. 255<br><br>Hearing Date: July 15, 2021 at 11:00 a.m. |

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times her3einafter mentioned was, more than 18 years of age and that on the 10th day of June, 2021, I served a copy of the within Order at DOC 254 together with the Notice of Proposed Modification to Confirm Plan and the Amended Plan at DOC 250 filed in this proceeding, by United States First Class Mail and by Electronic Notification on the Respondents below:

**15-24009-GLT Notice will be electronically mailed to:**

Office of the United States Trustee ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour cmecf@chapter13trusteewdpa.com

Brett A. Solomon on behalf of Creditor Santander Consumer USA Inc.
brett.solomon@solomon-legal.com

James P. Valecko on behalf of Creditor LSF8 Master Participation Trust
jvalecko@weltman.com, PitEcf@weltman.com

S. James Wallace on behalf of Creditor Peoples Natural Gas Company, LLC
ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

Brian Nicholas on behalf of Creditors U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust, Creditor DLJ Mortgage Capital, Inc., CSMC 2019-RPL2 Trust
bnicholas@kmllawgroup.com

William E. Craig on behalf of Creditor JPMorgan Chase Bank, N.A.
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

**15-24009-GLT SERVICE by First Class Mail**

| | | |
|---|---|---|
| Recovery Management Systems Corporation<br>25 S.E. Second Avenue, Suite 1120<br>Miami, FL 33131-1605 | ACE Cash Express<br>1701 Lincoln Highway<br>North Versailles, PA 15137-2550 | J P Morgan Chase Bank, N.A.<br>National Bankruptcy Dept.<br>P. O. Box 29505 AZ1-1191<br>Phoenix, AZ 85038-9505 |
| American InfoSource LP as agent for DIRECTV, LLC<br>P. O. Box 5008<br>Carol Stream, IL 60197-5008 | Berks Credit & Collections<br>P. O. Box 329<br>Attn: Bankruptcy<br>Temple, PA 19560-0329 | Peoples Natural Gas Co LLC<br>Attn: Dawn Lindner<br>225 North Shore Dr.<br>Pittsburgh, PA 15212-5861 |
| Caliber Home Loans, Inc.<br>ISAOA/ATIMA<br>P. O. Box 7731<br>Springfield, OH 45501-7731 | Credit Prt Associates<br>Attn: Bankruptcy<br>P. O. Box 802068<br>Dallas, TX 75380-2068 | Afni<br>Attention: Bankruptcy<br>1310 Martin Luther King Dr.<br>Bloomington, IL 61701-1465 |
| EOS CCA<br>P. O. Box 981025<br>Boston, MA 02298-1025 | First Commonwealth Bank<br>c/o AAS Debt Recovery Inc.<br>2526 Monroeville Blvd., Suite 205<br>Monroeville, PA 15146-2371 | American Profit Recovery<br>34505 W 12 Mile Rd. Ste 333<br>Farmington, MI 48331-3288 |
| Geico Casualty Company<br>One Geico Plaza<br>Bethesda, MD 20811-0001 | J P Morgan Chase Bank, N.A.<br>201 N Central Ave., Fl 11<br>Phoenix, AZ 85004-1071 | Bureaus Investment Group Portfolio No. 15 LLC<br>c/o Recovery Mgmt Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 |
| AAS Debt Recovery, Inc.<br>P. O. Box 129<br>Monroeville, PA 15146-0129 | American InfoSource LP as agent for Verizon<br>P. O. Box 248838<br>Oklahoma City, OK 73124-8838 | Comcast<br>P. O. Box 3002<br>Southeastern, PA 19398-3002 |
| Bishop Lawrence T. Perseco<br>12 Barclay Street<br>Greensburg, PA 15601-1608 | Columbia Gas<br>290 W Nationwide Blvd 5th Floor<br>Bankruptcy Department<br>Columbus, OH 43215-4157 | Excela Health Medical Group<br>520 Jefferson Ave, Suite 400<br>Jeannette, PA 15644-2538 |
| Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | First National Bank of PA<br>c/o AAS Debt Recovery Inc.<br>2526 Monroeville Blvd.<br>Monroeville, PA 15146 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| Jefferson Capital Systems LLC<br>P. O. Box 7999<br>Saint Cloud, MN 56302-7999 | KVet Animal Care<br>1 Gibraltar Way<br>Greensburg, PA 15601-5613 | The Bureaus Inc.<br>650 Dundee Road, Suite 370<br>Northbrook, IL 60062-2757 |
| LSF8 Master Participation Trust<br>Caliber Home Loans, Inc.<br>13801 Wireless Way<br>Oklahoma City, OK 73134-2500 | Rcvl Per Mng<br>Attention: Collections/Bankruptcy<br>P. O. Box 1548<br>Lynnwood, WA 98046-1548 | Trident Asset Management<br>P. O. Box 888424<br>Atlanta, GA 30356-0424 |
| West Penn Power<br>P. O. Box 3687<br>Akron, OH 44309-3687 | Recmgmt Srvc<br>240 Emery Street<br>Bethlehem, PA 18015-1980 | Sentry Credit, Inc.<br>2809 Grand Avenue<br>Everett, WA 98201-3417 |

| Verizon | Westmoreland Hospital Cashier | Mr. and Mrs. Jeffrey Grace |
|---|---|---|
| 500 Technology Dr., Suite 30 | 134 Industrial Park Road, Suite 2400 | 16 Barclay Street |
| Weldon Spring, MO  63304-2225 | Greensburg, PA  15601-1608 | Greensburg, PA  15601-1608 |

**EXECUTED ON: June 10, 2021**          **By: /s/David A. Colecchia, Esquire**
                                         **David A. Colecchia**
                                         **David A. Colecchia and Associates**
                                         **Law Care, 324 S. Maple Ave.**
                                         **Greensburg, PA 15601**
                                          724-837-2320
                                          724-837-0602-fax
                                           PA ID 71830