Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jeffrey Todd Grace
Amy Louise Grace**
    Debtor(s)

Bankruptcy Case No.: 15−24009−GLT
Issued Per 7/15/2021 Proceeding
Chapter: 13
Docket No.: 260 − 244, 250
Concil. Conf.: July 15, 2021 at 11:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

    IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated June 7, 2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐   A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐   B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐   C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jul. 15, 2021 at 11:00 AM, in remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐   D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐   E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐   F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐   G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑   H.    Additional Terms: The Trustee's Certificate of Default [Dkt. No. 244[ is resolved by the confirmation of Debtor's Amended plan.

    A Fee Application is needed if any fee (including retainer) exceeds $4,000.00 including any fees paid to prior counsel.

    (1) The secured claim(s) of the following Creditor(s) shall govern, and then following all allowed post−petition payment change notices filed of record: Claim No. 10−2 of DLJ

Mortgage Capital.

(2) The estimated pool of funds available to be paid to general unsecured creditors and estimated percentage dividend are revised to $8,320.65 (100%).

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: July 19, 2021

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-24009-GLT |
| Jeffrey Todd Grace | Chapter 13 |
| Amy Louise Grace | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 3 |
| Date Rcvd: Jul 19, 2021 | Form ID: 149 | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Todd Grace, Amy Louise Grace, 16 Barclay Street, Greensburg, PA 15601-1608 |
| cr | + | CSMC 2019-RPL2 Trust, c/o 2021 Customer Service Mortgage Corp, 4353 Park Terrace Drive #100, Westlake Village, CA 91361-4663 |
| cr | | DLJ Mortgage Capital, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| cr | ++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774 address filed with court:, JPMorgan Chase Bank, N.A., 201 N Central Ave, Fl 11, Phoenix, AZ 85004 |
| cr | | LSF8 Master Participation Trust, Caliber Home Loans, INc, Attn: Cash Operations, PO Box 24330, Oklahoma City, OK 73124-0330 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | Santander Consumer USA Inc., c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| cr | | U.S. Bank Trust National Association as Trustee fo, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14130994 | + | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14130999 | + | Bishop Lawrence T Perseco, 12 Barclay Street, Greensburg, PA 15601-1608 |
| 14170750 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, P.O. Box 117, Columbus, OH 43216 |
| 14131000 | | Caliber Home Loans, Inc., ISAOA/ATIMA., P.O. Box 7731, Springfield, OH 45501-7731 |
| 14131002 | + | Crd Prt Asso, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 14828042 | + | DLJ Mortgage Capital and Serviced by, Select Portfolio Servicing, Inc., 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14966913 | + | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14131004 | + | Drive Fin/Santander Consumer USA, Attn: Bankruptcy, 5201 Rufe Snow Dr Ste 400n, Richland Hills, TX 76180-6036 |
| 14131006 | | EOS CCA, P.O. Box 981025, Boston, MA 02298-1025 |
| 14131007 | + | Excela health Medical Group, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 14149724 | + | First Commonwealth Bank, c/o AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 14153224 | | First National Bank of PA, c/o AAS Debt Recovery Inc., 2526 Monroeville Blvd., Monroeville, PA 15146 |
| 14131008 | + | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14131009 | | Geico Casualty Company, One Geico Plaza, Bethesda, MD 20811-0001 |
| 14131011 | | Kvet Animal Care, 1 Gibralter Way, Greensburg, PA 15601-5613 |
| 14176382 | + | LSF8 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14131012 | + | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 14131014 | + | Recmgmt Srvc, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14142228 | + | Santander Consumer USA, Inc., P.O. BOX 961245, Ft Worth TX 76161-0244 |
| 14131016 | + | The Bureaus Inc., 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14131017 | + | Trident Asset Management, Po Box 888424, Atlanta, GA 30356-0424 |
| 14764947 | + | U.S. Bank Trust National Association as, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14131020 | | Westmoreland Hospital, Cashier, 134 Indstrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jul 19 2021 23:09:37 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14130995 | + | Email/Text: bankruptcy1@acecashexpress.com | Jul 19 2021 23:03:00 | ACE Cash Express, 1701 Lincoln Highway, North |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Versailles, PA 15137-2550 |
| 14130996 | + | Email/Text: EBNProcessing@afni.com | Jul 19 2021 23:03:00 | Afni, Attention: Bankruptcy, 1310 Martin Luther King Dr, Bloomington, IL 61701-1465 |
| 14202413 | | Email/Text: G06041@att.com | Jul 19 2021 23:03:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14161861 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 20 2021 02:25:53 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14130997 | | Email/Text: bky@americanprofit.net | Jul 19 2021 23:03:00 | American Profit Recovery, 34505 W 12 Mile Road, Suite 333, Farmington, MI 48331-3288 |
| 14130998 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jul 19 2021 23:03:00 | Berks Credit & Collections, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14155678 | | Email/PDF: rmscedi@recoverycorp.com | Jul 19 2021 23:09:57 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 14131001 | | Email/Text: documentfiling@lciinc.com | Jul 19 2021 23:02:00 | Comcast, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 14131003 | | Email/Text: G06041@att.com | Jul 19 2021 23:03:00 | Direct TV, P.O. Box 78626, Phoenix, AZ 85062 |
| 14131005 | + | Email/Text: bknotice@ercbpo.com | Jul 19 2021 23:03:00 | Enhanced Recovery Corp, Attention: Client Services, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14731947 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 19 2021 23:02:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14131010 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 19 2021 23:03:00 | Jefferson Capital Systems, LLC, 16 McCleland Road, Saint Cloud, MN 56303 |
| 14264549 | | Email/Text: bk.notifications@jpmchase.com | Jul 19 2021 23:03:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14131013 | + | Email/Text: Supportservices@receivablesperformance.com | Jul 19 2021 23:03:00 | Rcvl Per Mng, Attn:Collections/Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 14148911 | | Email/PDF: rmscedi@recoverycorp.com | Jul 19 2021 23:09:57 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14131015 | + | Email/Text: compliance@sentrycredit.com | Jul 19 2021 23:03:00 | Sentry Credit, Inc., 2809 Grand Avenue, Everett, WA 98201-3417 |
| 14131018 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 19 2021 23:02:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14131019 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 19 2021 23:03:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14176839 | + | Email/Text: bankruptcy@firstenergycorp.com | Jul 19 2021 23:03:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14966914 | *+ | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

Case 15-24009-GLT   Doc 262   Filed 07/21/21   Entered 07/22/21 00:30:41   Desc
Imaged Certificate of Notice   Page 7 of 7

| District/off: 0315-2 | User: dbas | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 19, 2021 | Form ID: 149 | Total Noticed: 52 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2021          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Santander Consumer USA Inc. brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor CSMC 2019-RPL2 Trust bnicholas@kmllawgroup.com |
| David A. Colecchia | on behalf of Joint Debtor Amy Louise Grace colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| David A. Colecchia | on behalf of Debtor Jeffrey Todd Grace colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us |
| James P. Valecko | on behalf of Creditor LSF8 Master Participation Trust jvalecko@weltman.com PitEcf@weltman.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor JPMorgan Chase Bank N.A. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11