IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Jeffrey Todd Grace and<br>Amy Louise Grace,<br>Debtor(s),<br>Select Portfolio Servicing for the<br>CSMC 2021-RPL4 Trust<br><br>Movant(s),<br>v.<br><br>Jeffrey Todd Grace and<br>Amy Louise Grace.<br>Respondents, | Case No. 15-24009-GLT<br><br><br><br><br><br><br><br><br>Chapter 13 |

## DECLARATION OF PLAN
## SUFFICIENCY FOR MORTGAGE PAYMENT CHANGE

1. The September 8, 2021 dated Notice of Mortgage Payment change filed by the Movant has been reviewed and the current Plan dated 6/7/2021 is sufficient to accommodate this change

2. Contemporaneously with the filing of this declaration, the Chapter 13 Trustee and the affected creditor have been served with a copy of this declaration.

Name of creditor:
Select Portfolio Servicing for the
CSMC 2021-RPL4 Trust
c/o KML Law Group
ATTN:  Maria Miksich
701 Market Street, Suite 5000
Philadelphia, PA 19106

Court claim number: _____10_____  or (____) No claim filed.

/s/David A. Colecchia
David A. Colecchia, Esquire
David A. Colecchia and Associates
Law Care, 324 S. Maple Ave. Greensburg, PA 15601-3219
724-837-2320, PA ID 71830
colecchia542@comcast.net