FILED
4/5/22 2:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
 )  Case No. 15-24009-GLT
**Jeffrey Todd Grace and Amy Louise Grace** )
 )  Chapter 13
 )
Debtor(s). )  Related to Docket No. 269
 X

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

❑ a motion to dismiss case or certificate of default requesting dismissal

X a plan modification sought by:  Debtor

❑ a motion to lift stay
 as to creditor _____

X Other:  Debtor must respond to a Notice of Mortgage Payment Change

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

X Chapter 13 Plan dated 6/7/2021
❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

X Debtor(s) Plan payments shall be changed from $2,120 to
 $2215 per month, effective April 2022; and/or the Plan term shall be changed from

-1-

   ____ months to ____ months.           .

❑  In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑  Debtor(s) shall file and serve _____ on or before _____.

❑  If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑  If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

X  Other: This stipulation will resolve the Notice of Mortgage Payment change for Claim No. 10, as well as this Court's Text Order at DD No. 268 directing Debtor to respond to the same.

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 5th Day of April, 2022

Dated: April 5, 2022

_____
United States Bankruptcy Judge

Stipulated by:                                    Stipulated by:

/s/ David A. Colecchia                            /s/ Owen W. Katz
Counsel to Debtor                                 Counsel to Chapter 13 Trustee


Stipulated by:

_____
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jeffrey Todd Grace  
Amy Louise Grace  
    Debtors

Case No. 15-24009-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: Apr 05, 2022     Form ID: pdf900     Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Todd Grace, Amy Louise Grace, 16 Barclay Street, Greensburg, PA 15601-1608 |
| cr | + | CSMC 2019-RPL2 Trust, c/o 2021 Customer Service Mortgage Corp, 4353 Park Terrace Drive #100, Westlake Village, CA 91361-4663 |
| cr | | DLJ Mortgage Capital, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| cr | | LSF8 Master Participation Trust, Caliber Home Loans, INc, Attn: Cash Operations, PO Box 24330, Oklahoma City, OK 73124-0330 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | Santander Consumer USA Inc., c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| cr | | U.S. Bank Trust National Association as Trustee fo, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14130994 | + | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14130999 | + | Bishop Lawrence T Perseco, 12 Barclay Street, Greensburg, PA 15601-1608 |
| 14170750 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, P.O. Box 117, Columbus, OH 43216 |
| 15408999 | | CSMC 2021-RPL4 Trust, C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT. 84165-0250 |
| 14131000 | | Caliber Home Loans, Inc., ISAOA/ATIMA., P.O. Box 7731, Springfield, OH 45501-7731 |
| 14131002 | + | Crd Prt Asso, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 14828042 | + | DLJ Mortgage Capital and Serviced by, Select Portfolio Servicing, Inc., 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14966913 | + | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14131006 | | EOS CCA, P.O. Box 981025, Boston, MA 02298-1025 |
| 14131007 | + | Excela health Medical Group, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 14149724 | + | First Commonwealth Bank, c/o AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 14153224 | | First National Bank of PA, c/o AAS Debt Recovery Inc., 2526 Monroeville Blvd., Monroeville, PA 15146 |
| 14131009 | | Geico Casualty Company, One Geico Plaza, Bethesda, MD 20811-0001 |
| 14131011 | | Kvet Animal Care, 1 Gibralter Way, Greensburg, PA 15601-5613 |
| 14176382 | + | LSF8 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14131012 | + | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 14131014 | + | Recmgmt Srvc, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14131017 | + | Trident Asset Management, Po Box 888424, Atlanta, GA 30356-0424 |
| 14764947 | + | U.S. Bank Trust National Association as, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14131020 | | Westmoreland Hospital, Cashier, 134 Indstrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 05 2022 23:26:00 | DLJ Mortgage Capital, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| cr | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 05 2022 23:31:47 | JPMorgan Chase Bank, N.A., 201 N Central Ave, Fl 11, Phoenix, AZ 85004 |
| cr | Email/PDF: rmscedi@recoverycorp.com | Apr 05 2022 23:32:10 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

Case 15-24009-GLT   Doc 271   Filed 04/07/22   Entered 04/08/22 00:24:04   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 05, 2022 | Form ID: pdf900 | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 05 2022 23:26:00 | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 05 2022 23:26:00 | U.S. Bank Trust National Association as Trustee fo, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14130995 | + | Email/Text: bankruptcy1@acecashexpress.com | Apr 05 2022 23:26:00 | ACE Cash Express, 1701 Lincoln Highway, North Versailles, PA 15137-2550 |
| 14130996 | + | Email/Text: EBNProcessing@afni.com | Apr 05 2022 23:26:00 | Afni, Attention: Bankruptcy, 1310 Martin Luther King Dr, Bloomington, IL 61701-1465 |
| 14202413 | | Email/Text: G06041@att.com | Apr 05 2022 23:26:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14161861 | | Email/PDF: ebn_ais@aisinfo.com | Apr 05 2022 23:31:48 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14130997 | | Email/Text: bky@americanprofit.net | Apr 05 2022 23:26:00 | American Profit Recovery, 34505 W 12 Mile Road, Suite 333, Farmington, MI 48331-3288 |
| 14130998 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 05 2022 23:26:00 | Berks Credit & Collections, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14155678 | | Email/PDF: rmscedi@recoverycorp.com | Apr 05 2022 23:31:59 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 15408999 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 05 2022 23:26:00 | CSMC 2021-RPL4 Trust, C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT. 84165-0250 |
| 14131001 | | Email/Text: documentfiling@lciinc.com | Apr 05 2022 23:26:00 | Comcast, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 14131003 | | Email/Text: G06041@att.com | Apr 05 2022 23:26:00 | Direct TV, P.O. Box 78626, Phoenix, AZ 85062 |
| 14966913 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 05 2022 23:26:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14131004 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 05 2022 23:26:00 | Drive Fin/Santander Consumer USA, Attn: Bankruptcy, 5201 Rufe Snow Dr Ste 400n, Richland Hills, TX 76180-6036 |
| 14131005 | + | Email/Text: bknotice@ercbpo.com | Apr 05 2022 23:26:00 | Enhanced Recovery Corp, Attention: Client Services, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14131008 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 05 2022 23:31:48 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14731947 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 05 2022 23:26:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14131010 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 05 2022 23:26:00 | Jefferson Capital Systems, LLC, 16 McCleland Road, Saint Cloud, MN 56303 |
| 14264549 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 05 2022 23:31:47 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14131013 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 05 2022 23:26:00 | Rcvl Per Mng, Attn:Collections/Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 14148911 | | Email/PDF: rmscedi@recoverycorp.com | Apr 05 2022 23:32:11 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14142228 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 05 2022 23:26:00 | Santander Consumer USA, Inc., P.O. BOX 961245, Ft Worth TX 76161-0244 |
| 14131015 | + | Email/Text: compliance@sentrycredit.com | Apr 05 2022 23:26:00 | Sentry Credit, Inc., 2809 Grand Avenue, Everett, WA 98201-3417 |
| 14131016 | + | Email/PDF: tbiedi@PRAGroup.com | | |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Apr 05 2022 23:32:10 | The Bureaus Inc., 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14764947 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Apr 05 2022 23:26:00 | U.S. Bank Trust National Association as, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14131018 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Apr 05 2022 23:26:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14131019 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Apr 05 2022 23:26:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14176839 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Apr 05 2022 23:26:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CSMC 2021-RPL4 Trust |
| 14966914 | *+ | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 07, 2022  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Santander Consumer USA Inc. brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor CSMC 2019-RPL2 Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor CSMC 2021-RPL4 Trust bnicholas@kmllawgroup.com |
| David A. Colecchia | on behalf of Joint Debtor Amy Louise Grace colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us |
| David A. Colecchia | on behalf of Debtor Jeffrey Todd Grace colecchia542@comcast.net dcolecchia@my-lawyers.us;jmonroe@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 05, 2022 | Form ID: pdf900 | Total Noticed: 53 |

James P. Valecko
    on behalf of Creditor LSF8 Master Participation Trust jvalecko@weltman.com PitEcf@weltman.com

Maria Miksich
    on behalf of Creditor CSMC 2021-RPL4 Trust mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor JPMorgan Chase Bank N.A. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 13