# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-24009-JAD |
|    Jeffrey Todd Grace | : | Chapter 13 |
|    Amy Louise Grace | : | |
| Debtor, | : | |

## NOTICE OF
## CHANGE OF NAME AND ADDRESS

Undeliverable Address

    Creditor Name:    First National Bank of PA
    Incorrect Address:    c/o AAS Debt Recovery Inc.
    2526 Monroeville, PA 151460

Corrected Address:

    Creditor Name:    First National Bank of PA
    Correct Address:    c/o AAS Debt Recovery Inc.
    2526 Monroeville Boulevard
    Monroeville, PA 15146

    /s/David A. Colecchia, Esquire
Dated: April 19, 2022    Electronic Signature of Debtor(s)' Attorney
    Law Care
    David A. Colecchia and Associates
    324 South Maple Ave.
    Greensburg, PA 15601
    724-837-2320
    PA Bar I.D. 71830
    dcolecchia@my-lawyers.us