IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Jeffrey Todd Grace and Amy Louise Grace,<br>Debtor(s),<br>Select Portfolio Servicing for the CSMC 2021-RPL4 Trust<br><br>Movant(s),<br>v.<br><br>Jeffrey Todd Grace and Amy Louise Grace.<br>Respondents, | Case No. 15-24009-GLT<br><br>Chapter 13<br><br>Claim No. 10<br><br>Related to doc dated 5/4/2022<br><br>Chapter 13 |

## DECLARATION OF PLAN
## SUFFICIENCY FOR MORTGAGE PAYMENT CHANGE

1. The May 4. 2022 dated Notice of Mortgage Payment change filed by the Movant has been reviewed and the current Plan modified on April 5, 2022 at DD No. 270 is sufficient to accommodate this change

2. Contemporaneously with the filing of this declaration, the Chapter 13 Trustee and the affected creditor have been served with a copy of this declaration.

Name of creditor:
Select Portfolio Servicing for the
CSMC 2021-RPL4 Trust
c/o KML Law Group
Attn.: Brian C. Nicholas, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106

Court claim number:  ____10_____  or (____) No claim filed.

/s/David A. Colecchia
David A. Colecchia, Esquire
David A. Colecchia and Associates
Law Care, 324 S. Maple Ave. Greensburg, PA 15601-3219
724-837-2320, PA ID 71830
colecchia542@comcast.net