# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-24009-JAD |
|    Jeffrey Todd Grace | : | Chapter 13 |
|    Amy Louise Grace | : | |
| Debtor, | : | |

## NOTICE OF
## CHANGE OF NAME AND ADDRESS

Undeliverable Address

    Creditor Name:    CSMC 2019-RPL2 Trust
    Incorrect Address:    c/o 2021 Customer Service Corporation
    4353 Park Terrace Drive #100
    Westlake Village, CA 91362-4663

Corrected Address:

    Creditor Name:    CSMC 2019-RPL2 Trust
    Correct Address:    c/o 2021 Customer Service Mortgage Corporation
    2801 Townsgate Road, Suite 101
    West Lake Village, CA 91361

Dated: July 30, 2022

/s/David A. Colecchia, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us