FILED
1/31/23 8:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF THE UNITED STATES

| | |
|---|---|
| IN RE: Jeffrey Todd Grace and Amy Louise Grace, <br> Debtor, <br><br> Jeffrey Todd Grace and Amy Louise Grace, <br> Movant, <br><br> Vs. <br> Chapter 13 Trustee, <br> Ronda Winnecour, <br> Respondent, <br> No. | Case No. 15-24009-GLT <br><br> Chapter 13 <br><br> Related to Document No. 275 & 277 |

ORDER OF COURT

AND NOW, this ___ 31st Day of January, 2023    __sufficient cause being present, the Court grants an added __7__ days or until February 6, 2023 2023 to respond to the Trustee's Motion to Dismiss.

The Hearing on the Trustee's Motion to Dismiss Case [Dkt. No. 275] scheduled for February 8, 2023 at 10:00 AM is Canceled and Rescheduled to March 8, 2023 at 10:00 AM via p01 Courtroom A, 54th Floor, U.S. Steel Tower, Pittsburgh

Because an extension of time is necessary due to counsel's "current office workload[,]" no fees or expenses shall be charged to the Debtors in connection with the preparation or filing of this motion

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jeffrey Todd Grace  
Amy Louise Grace  
    Debtors

Case No. 15-24009-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Jan 31, 2023      Form ID: pdf900      Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Todd Grace, Amy Louise Grace, 16 Barclay Street, Greensburg, PA 15601-1608 |
| cr | + | CSMC 2019-RPL2 Trust, c/o 2021 Customer Service Mortgage Corp, 2801 Townsgate Road, Ste 101, Westlake Village, CA 91361-3026 |
| cr | | LSF8 Master Participation Trust, Caliber Home Loans, INc, Attn: Cash Operations, PO Box 24330, Oklahoma City, OK 73124-0330 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | + | Santander Consumer USA Inc., c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14130994 | + | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14130999 | + | Bishop Lawrence T Perseco, 12 Barclay Street, Greensburg, PA 15601-1608 |
| 14170750 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, P.O. Box 117, Columbus, OH 43216 |
| 14131000 | | Caliber Home Loans, Inc., ISAOA/ATIMA., P.O. Box 7731, Springfield, OH 45501-7731 |
| 14131002 | + | Crd Prt Asso, Attn: Bankruptcy, Po Box 802068, Dallas, TX 75380-2068 |
| 14828042 | + | DLJ Mortgage Capital and Serviced by, Select Portfolio Servicing, Inc., 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14131007 | + | Excela health Medical Group, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 14149724 | + | First Commonwealth Bank, c/o AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 14153224 | + | First National Bank of PA, c/o AAS Debt Recovery Inc., 2526 Monroeville Blvd., Monroeville, PA 15146-2358 |
| 14131011 | | Kvet Animal Care, 1 Gibralter Way, Greensburg, PA 15601-5613 |
| 14176382 | #+ | LSF8 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14131012 | + | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 14131014 | + | Recmgmt Srvc, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14131020 | | Westmoreland Hospital, Cashier, 134 Indstrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 01 2023 00:10:00 | DLJ Mortgage Capital, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 01 2023 00:18:37 | JPMorgan Chase Bank, N.A., 201 N Central Ave, Fl 11, Phoenix, AZ 85004 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Feb 01 2023 00:18:34 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 01 2023 00:10:00 | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115 |
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 01 2023 00:10:00 | U.S. Bank Trust National Association as Trustee fo, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14130995 | + | Email/Text: bankruptcy1@acecashexpress.com | Feb 01 2023 00:10:00 | ACE Cash Express, 1701 Lincoln Highway, North Versailles, PA 15137-2550 |

Case 15-24009-GLT   Doc 280   Filed 02/02/23   Entered 02/03/23 00:26:53   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 31, 2023 | Form ID: pdf900 | Total Noticed: 53 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 14130996 | + | Email/Text: EBNProcessing@afni.com | Feb 01 2023 00:10:00 | Afni, Attention: Bankruptcy, 1310 Martin Luther King Dr, Bloomington, IL 61701-1465 |
| 14202413 | | Email/Text: G06041@att.com | Feb 01 2023 00:10:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14161861 | | Email/PDF: ebn_ais@aisinfo.com | Feb 01 2023 00:18:34 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14130997 | | Email/Text: bky@americanprofit.net | Feb 01 2023 00:10:00 | American Profit Recovery, 34505 W 12 Mile Road, Suite 333, Farmington, MI 48331-3288 |
| 14130998 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Feb 01 2023 00:10:00 | Berks Credit & Collections, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14155678 | | Email/PDF: rmscedi@recoverycorp.com | Feb 01 2023 00:18:34 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 15408999 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 01 2023 00:10:00 | CSMC 2021-RPL4 Trust, C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT. 84165-0250 |
| 14131001 | | Email/Text: documentfiling@lciinc.com | Feb 01 2023 00:09:00 | Comcast, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 14131003 | | Email/Text: G06041@att.com | Feb 01 2023 00:10:00 | Direct TV, P.O. Box 78626, Phoenix, AZ 85062 |
| 14966913 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 01 2023 00:10:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14131004 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 01 2023 00:10:00 | Drive Fin/Santander Consumer USA, Attn: Bankruptcy, 5201 Rufe Snow Dr Ste 400n, Richland Hills, TX 76180-6036 |
| 14131006 | | Email/Text: bankruptcydepartment@tsico.com | Feb 01 2023 00:10:00 | EOS CCA, P.O. Box 981025, Boston, MA 02298-1025 |
| 14131005 | + | Email/Text: bknotice@ercbpo.com | Feb 01 2023 00:10:00 | Enhanced Recovery Corp, Attention: Client Services, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14131008 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 01 2023 00:18:28 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14131009 | ^ | MEBN | Feb 01 2023 00:04:40 | Geico Casualty Company, One Geico Plaza, Bethesda, MD 20811-0001 |
| 14731947 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 01 2023 00:10:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14131010 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 01 2023 00:10:00 | Jefferson Capital Systems, LLC, 16 McCleland Road, Saint Cloud, MN 56303 |
| 14264549 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 01 2023 00:18:37 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14131013 | + | Email/Text: Supportservices@receivablesperformance.com | Feb 01 2023 00:10:00 | Rcvl Per Mng, Attn:Collections/Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 14148911 | | Email/PDF: rmscedi@recoverycorp.com | Feb 01 2023 00:18:34 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14142228 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 01 2023 00:10:00 | Santander Consumer USA, Inc., P.O. BOX 961245, Ft Worth TX 76161-0244 |
| 14131015 | + | Email/Text: compliance@sentrycredit.com | Feb 01 2023 00:10:00 | Sentry Credit, Inc., 2809 Grand Avenue, Everett, WA 98201-3417 |
| 14131016 | + | Email/PDF: tbiedi@PRAGroup.com | Feb 01 2023 00:18:33 | The Bureaus Inc., 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14131017 | ^ | MEBN | | |

Case 15-24009-GLT   Doc 280   Filed 02/02/23   Entered 02/03/23 00:26:53   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 31, 2023 | Form ID: pdf900 | Total Noticed: 53 |

|  |  |  | Feb 01 2023 00:04:41 | Trident Asset Management, Po Box 888424, Atlanta, GA 30356-0424 |
|---|---|---|---|---|
| 14764947 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 01 2023 00:10:00 | U.S. Bank Trust National Association as, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14131018 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 01 2023 00:09:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14131019 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 01 2023 00:10:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14176839 | + | Email/Text: bankruptcy@firstenergycorp.com | Feb 01 2023 00:10:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | CSMC 2021-RPL4 Trust |
| 14966914 | *+ | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 02, 2023              Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Santander Consumer USA Inc. brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor CSMC 2019-RPL2 Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor CSMC 2021-RPL4 Trust bnicholas@kmllawgroup.com |
| David A. Colecchia | on behalf of Joint Debtor Amy Louise Grace colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| David A. Colecchia |  |

on behalf of Debtor Jeffrey Todd Grace colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

James P. Valecko

on behalf of Creditor LSF8 Master Participation Trust jvalecko@weltman.com PitEcf@weltman.com

Maria Miksich

on behalf of Creditor CSMC 2021-RPL4 Trust mmiksich@kmllawgroup.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

William E. Craig

on behalf of Creditor JPMorgan Chase Bank N.A. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 13