IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Jeffrey Todd Grace and Amy Louise Grace<br>      Debtors, | Case No. 15-24009-GLT<br><br>Chapter 13 |
| Jeffery Todd Grace and Amy Louise Grace,<br>      Movants, | Docket No. 285<br>Related to Docket No. 281 |
| V.<br>Aas Debt Recovery Inc, ACE Cash Express, Afni, American Profit Recovery, Berks Credit & Collections, Bishop Lawrence T. Perseco, Caliber Home Loans, In Comcast Crd Prt Asso, Direct TV, Drive Fin/Santander Consumer USA, Enhanced Recovery Corp EOS CCA Excela Health Medical Group First Premier Bank Geico Casualty Company, Jefferson Capital Systems, LLC KVet Animal Care, Peoples Natural Gas, Rcvl Per Mng Recmgmt Srvc, SANTANDER CONSUMER USA, INC. Sentry Credit, Inc. The Bureaus Inc., Trident Asset Management, Verizon, West Penn Power, Westmoreland Hospital and Ronda Winnecour, Chapter 13 Trustee,<br>      Respondents, | Hearing Date: March 8, 2023<br>Hearing Time: 10:00 AM |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' APPLICATION FOR FINAL COMPENSATION**

The undersigned hereby certifies that, as of March 3, 2023 no answer, objection or other responsive pleading to Debtors' Motion for Final Compensation filed at Docket Document 281 and served on February 8, 2023 has been received.

The undersigned further certifies that the Court's docket in this case was reviewed March 3, 2023 at approximately 2:00 PM and no answer, to it appears thereon.

Pursuant to the Notice of Hearing with Response deadline filed February 8, 2023 at Docket Document No. 282 objections to the Debtors' Motion for Interim Compensation were to be filed and served no later than February 25, 2023.

It is hereby respectfully requested that the Proposed Order of Court filed at Docket Document 281 is granted.

Dated: March 3, 2023        By:   /s/ David A. Colecchia, Esquire
                                                                  David A. Colecchia, Esquire
Law Care
324 S. Maple Ave.
Greensburg, PA 15601-3219
(724) 837-2320
PA ID No. 71830
dcolecchia@my-lawyers.us