# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-24009-GLT |
|    Jeffrey Todd Grace | : | Chapter 13 |
|    Amy Louise Grace | : | |
| Debtor, | : | |

## NOTICE OF
## CHANGE OF NAME AND ADDRESS

Undeliverable Address

    Creditor Name:    Crd Prt Asso
    Incorrect Address:    Attn.: Bankruptcy
    Po Box 802068
    Dallas, TX 75380-2068

Corrected Address:

    Creditor Name:    Credit Protection Association, L.P.
    Correct Address:    13355 Noel Road, Suite 210
    Dallas, TX 75240

Dated: March 7, 2023

/s/David A. Colecchia, Esquire
Electronic Signature of Debtor(s)' Attorney
Law Care
David A. Colecchia and Associates
324 South Maple Ave.
Greensburg, PA 15601
724-837-2320
PA Bar I.D. 71830
dcolecchia@my-lawyers.us