Case 15-24009-GLT   Doc 288   Filed 03/08/23   Entered 03/09/23 00:26:06   Desc
Imaged Certificate of Notice   Page 1 of 4

FILED
3/6/23 8:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: Jeffrey Todd Grace and Amy Louise Grace<br>   Debtors, | Case No. 15-24009-GLT<br><br>Chapter 13 |
| Jeffery Todd Grace and Amy Louise Grace,<br>   Movants, | Docket No.<br>Related to Docket No. 281,282 |
| V.<br>Aas Debt Recovery Inc, ACE Cash Express, Afni, American Profit Recovery, Berks Credit & Collections, Bishop Lawrence T. Perseco, Caliber Home Loans, In Comcast Crd Prt Asso, Direct TV, Drive Fin/Santander Consumer USA, Enhanced Recovery Corp EOS CCA Excela Health Medical Group First Premier Bank Geico Casualty Company, Jefferson Capital Systems, LLC KVet Animal Care, Peoples Natural Gas, Rcvl Per Mng Recmgmt Srvc, SANTANDER CONSUMER USA, INC. Sentry Credit, Inc. The Bureaus Inc., Trident Asset Management, Verizon, West Penn Power, Westmoreland Hospital and Ronda Winnecour, Chapter 13 Trustee,<br>   Respondents, | Hearing Date: March 8, 2023<br>Hearing Time: 10:00 A.M. |

**ORDER OF COURT**

AND NOW, this _6th Day of March_____, 2023, upon consideration of the Application for Interim Compensation for Main Case 15-24009 filed by Counsel for the Debtors, and any responses thereto, it is hereby ORDERED and DECREED as follows:

1. Counsel's Application for Interim Compensation is approved for the time period up to and including February 7, 2023, in the following amounts above and beyond fees and expenses already paid:

    a. Professional fees: $1,263.50 *

    b. Costs and Expenses: $0.00

2. Pursuant to W.PA.LBR 2016-1(h)(i), to the extent fees allowed are not contemplated in the Debtors' Chapter 13 Plan, Counsel shall file an Amended Plan within 14 days of the date of this Order.

3. To the extent fees allowed are contemplated in the Plan, or otherwise are included in a future confirmed Plan, the Chapter 13 Trustee shall make monthly distributions to Counsel from funds available.

BY THE COURT:

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

\* - The amount was modified solely to match the amounts referenced in the application. The Court has not disallowed any of the requested fees.

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                              Case No. 15-24009-GLT
Jeffrey Todd Grace                                  Chapter 13
Amy Louise Grace
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2
Date Rcvd: Mar 06, 2023      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jeffrey Todd Grace, Amy Louise Grace, 16 Barclay Street, Greensburg, PA 15601-1608 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Santander Consumer USA Inc. brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor CSMC 2019-RPL2 Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor CSMC 2021-RPL4 Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com |
| David A. Colecchia | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 06, 2023 | Form ID: pdf900 | Total Noticed: 1 |

       on behalf of Joint Debtor Amy Louise Grace colecchia542@comcast.net
       dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

David A. Colecchia

       on behalf of Debtor Jeffrey Todd Grace colecchia542@comcast.net
       dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us

James P. Valecko

       on behalf of Creditor LSF8 Master Participation Trust jvalecko@weltman.com  PitEcf@weltman.com

Maria Miksich

       on behalf of Creditor CSMC 2021-RPL4 Trust mmiksich@kmllawgroup.com

Office of the United States Trustee
       ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
       cmecf@chapter13trusteewdpa.com

S. James Wallace
       on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

William E. Craig
       on behalf of Creditor JPMorgan Chase Bank  N.A. ecfmail@mortoncraig.com,
       mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 13