Case 15-24009-GLT    Doc 289    Filed 03/09/23    Entered 03/09/23 08:27:50    Desc Main
Document    Page 1 of 1
3/9/23 8:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 15-24009-GLT |
| | : | Chapter: | 13 |
| Jeffrey Todd Grace | : | | |
| Amy Louise Grace | : | | |
| | : | Date: | 3/8/2023 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   #275 - Motion to Dismiss Case By Trustee
　　　　　　　#279 - Response filed by Debtor

**APPEARANCES**:
　　　Debtor:　　Justin P. Schantz
　　　Trustee:　　Owen Katz

**NOTES:**　[10:09]

Katz: Have sufficient funds, prepared to withdraw.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion to Dismiss* [Dkt. No. 275] is DENIED as withdrawn. [Text order].

**DATED:**  3/8/2023