**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | JEFFREY TODD GRACE |
| Debtor 2 (Spouse, if filing) | AMY LOUISE GRACE |
| United States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 15-24009GLT |

# Form 4100N
# Notice of Final Cure Payment                                   10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | CSMC 2021-RPL4 TRUST |
| Court claim no. (if known): | 10-2 |
| Last 4 digits of any number you use to identify the debtor's account | 7 5 5 9 |
| Property Address: | 16 BARCLAY ST<br>GREENSBURG PA 15601 |

### Part 2: Cure Amount

**Total cure disbursements made by the trustee:**        Amount

| | | |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 0.00 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 0.00 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 0.00 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
    Current monthly mortgage payment      $   $1,012.76
    The next postpetition payment is due on   1 / 1 / 2023
                                            MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **JEFFREY TODD GRACE** | Case number *(if known)* | **15-24009GLT** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date  04/05/2023

Trustee  Ronda J. Winnecour

Address  CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219

Contact phone  (412) 471-5566          Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | JEFFREY TODD GRACE | Case number *(if known)* | 15-24009GLT |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 07/12/2017 | | LSF8 MASTER PARTICIPATION TRUST | REALLOCATION OF CONTINUING DEBT | 2,869.17 |
| 08/25/2017 | 1051379 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,587.03 |
| 09/26/2017 | 1054707 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 951.24 |
| 10/25/2017 | 1058066 | LSF8 MASTER PARTICIPATION TRUST | AMOUNTS DISBURSED TO CREDITOR | 951.24 |
| 02/23/2018 | 1072088 | US BANK TRUST NA - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 2,524.61 |
| 03/28/2018 | 1075301 | US BANK TRUST NA - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 2,231.59 |
| 04/24/2018 | 1078532 | US BANK TRUST NA - TRUSTEE | AMOUNTS DISBURSED TO CREDITOR | 951.24 |
| 12/21/2018 | 1102306 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 7,609.92 |
| 01/25/2019 | 1105457 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 951.24 |
| 02/25/2019 | 1108746 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 951.24 |
| 03/25/2019 | 1111991 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 951.24 |
| 04/26/2019 | 1115272 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 951.24 |
| 05/24/2019 | 1118676 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 951.24 |
| 06/25/2019 | 1122061 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 951.24 |
| 07/29/2019 | 1125491 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 951.24 |
| 08/27/2019 | 1128985 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 951.24 |
| 09/24/2019 | 1132356 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 1,550.98 |
| 10/24/2019 | 1135612 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 994.06 |
| 11/25/2019 | 1139063 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 994.06 |
| 12/23/2019 | 1142490 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 994.06 |
| 01/28/2020 | 1145902 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 994.06 |
| 02/25/2020 | 1149387 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 994.06 |
| 03/23/2020 | 1152938 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 994.06 |
| 04/27/2020 | 1156372 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 994.06 |
| 05/20/2020 | 1145902 | DLJ MORTGAGE CAPITAL | CANCELLED CHECK TO CREDITOR/CONT | -994.06 |
| 05/26/2020 | 1159770 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 1,988.12 |
| 06/26/2020 | 1163158 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 994.06 |
| 07/29/2020 | 1166305 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 58.71 |
| 10/26/2020 | 1175558 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 1,015.63 |
| 11/24/2020 | 1178639 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 1,386.29 |
| 12/21/2020 | 1181619 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 1,274.54 |
| 02/22/2021 | 1187651 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 1,155.73 |
| 06/25/2021 | 1200495 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 1,308.74 |
| 08/26/2021 | 1206811 | DLJ MORTGAGE CAPITAL | AMOUNTS DISBURSED TO CREDITOR | 1,289.32 |
| 09/24/2021 | 1209894 | CSMC 2021-RPL4 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,323.52 |
| 10/25/2021 | 1212989 | CSMC 2021-RPL4 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,330.64 |
| 11/22/2021 | 1216021 | CSMC 2021-RPL4 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,361.78 |
| 12/23/2021 | 1219089 | CSMC 2021-RPL4 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,391.55 |
| 01/26/2022 | 1222164 | CSMC 2021-RPL4 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,419.92 |
| 02/23/2022 | 1225095 | CSMC 2021-RPL4 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,446.80 |
| 03/25/2022 | 1227994 | CSMC 2021-RPL4 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,472.15 |
| 04/26/2022 | 1231036 | CSMC 2021-RPL4 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,497.45 |
| 05/25/2022 | 1234071 | CSMC 2021-RPL4 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,686.50 |
| 06/27/2022 | 1237098 | CSMC 2021-RPL4 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,712.67 |
| 07/26/2022 | 1240072 | CSMC 2021-RPL4 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,605.06 |
| 08/24/2022 | 1242996 | CSMC 2021-RPL4 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,605.06 |
| 09/27/2022 | 1245842 | CSMC 2021-RPL4 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,605.06 |
| 10/25/2022 | 1248696 | CSMC 2021-RPL4 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,572.00 |
| 11/23/2022 | 1251479 | CSMC 2021-RPL4 TRUST | AMOUNTS DISBURSED TO CREDITOR | 1,104.43 |
| | | | | 67,407.03 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

JEFFREY TODD GRACE
AMY LOUISE GRACE
16 BARCLAY STREET
GREENSBURG, PA  15601

DAVID A COLECCHIA ESQ
LAW CARE
324 S MAPLE AVE
GREENSBURG, PA  15601

CSMC 2021-RPL4 TRUST
C/O SELECT PORTFOLIO SERVICING INC*
ATTN REMITTANCE PROCESSING
PO BOX 65450
SALT LAKE CITY, UT  84165-0450

SELECT PORTFOLIO SERVICING**
BANKRUPTCY NOTICES**
POB 65250
SALT LAKE CITY, UT  84165

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106


4/5/23

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee