IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Jeffrey Todd Grace and Amy Louise Grace, Debtor(s), | Case No. 15-24009-GLT |
| | Chapter 13 |
| Jeffrey Todd Grace and Amy Louise Grace. | Related to Claim No. 10 |
| | Docket Document No. 294 |
| Movant(s), v. Select Portfolio Servicing for the CSMC 2021-RPL4 Trust | |
| Respondents, | |

**DECLARATION CONCERNING THE NOTICE OF MORTGAGE PAYMENT CHANGE DATED 3/27/2023**

AND NOW Jeffrey and Amy Grace, through attorney David A. Colecchia, file the following Declaration concerning the March 27, 2023 Notice of Mortgage Payment Change.

The Debtor was to take over direct payments on the mortgage as of January 2023, and the Trustee is no longer making direct payments on the same. As a result, the Notice is moot.

Dated:  4/14/2023

Respectfully Submitted,
/s/David A. Colecchia
David A. Colecchia, Esquire
Attorney for the Debtor
PA.I.D.No. 71830
David A. Colecchia and Associates
324 South Maple Avenue
Greensburg, PA 15601
(724)-837-2320
colecchia542@comcast.net