Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jeffrey Todd Grace** | : | Case No. 15−24009−GLT |
| **Amy Louise Grace** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 295 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 6/28/23 at 11:00 AM |
| *Respondent(s).* | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     *AND NOW,* this *The 25th of April, 2023*, a *Motion for Discharge of Debtor under 1328(b)* (the "Motion") having been filed at Doc. No. 295 by the Chapter 13 Trustee,

     It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

     (1)  **On or before June 9, 2023**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on **June 28, 2023 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-24009-GLT |
| Jeffrey Todd Grace | Chapter 13 |
| Amy Louise Grace | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Apr 25, 2023 | Form ID: 604 | Total Noticed: 53 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jeffrey Todd Grace, Amy Louise Grace, 16 Barclay Street, Greensburg, PA 15601-1608 |
| cr | + | CSMC 2019-RPL2 Trust, c/o 2021 Customer Service Mortgage Corp, 2801 Townsgate Road, Ste 101, Westlake Village, CA 91361-3026 |
| cr | # | LSF8 Master Participation Trust, Caliber Home Loans, INc, Attn: Cash Operations, PO Box 24330, Oklahoma City, OK 73124-0330 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| cr | + | Santander Consumer USA Inc., c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14130994 | + | Aas Debt Recovery Inc, Po Box 129, Monroeville, PA 15146-0129 |
| 14130999 | + | Bishop Lawrence T Perseco, 12 Barclay Street, Greensburg, PA 15601-1608 |
| 14170750 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, Columbia Gas of PA, P.O. Box 117, Columbus, OH 43216 |
| 14131002 | ++ | CREDIT PROTECTION ASSOCIATION LP, PARKWAY CENTER V, 2500 DALLAS PARKWAY SUTIE 500, PLANO TX 75093-4805 address filed with court:, Credit Protection Association, LP, 13355 Noel Road, Ste 210, Dallas, TX 75240 |
| 14131000 | | Caliber Home Loans, Inc., ISAOA/ATIMA., P.O. Box 7731, Springfield, OH 45501-7731 |
| 14828042 | + | DLJ Mortgage Capital and Serviced by, Select Portfolio Servicing, Inc., 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 14131007 | + | Excela health Medical Group, PO Box 645189, Pittsburgh, PA 15264-5189 |
| 14149724 | + | First Commonwealth Bank, c/o AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 14153224 | + | First National Bank of PA, c/o AAS Debt Recovery Inc., 2526 Monroeville Blvd., Monroeville, PA 15146-2358 |
| 14131011 | | Kvet Animal Care, 1 Gibralter Way, Greensburg, PA 15601-5613 |
| 14176382 | #+ | LSF8 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14131012 | + | Peoples Natural Gas, P.O. Box 644760, Pittsburgh, PA 15264-4760 |
| 14131014 | + | Recmgmt Srvc, 240 Emery Street, Bethlehem, PA 18015-1980 |
| 14131020 | | Westmoreland Hospital, Cashier, 134 Indstrial Park Road, Suite 2400, Greensburg, PA 15601-7848 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 25 2023 23:43:00 | DLJ Mortgage Capital, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 25 2023 23:44:25 | JPMorgan Chase Bank, N.A., 201 N Central Ave, Fl 11, Phoenix, AZ 85004 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Apr 25 2023 23:44:26 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 25 2023 23:43:00 | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115 |
| cr | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 25 2023 23:43:00 | U.S. Bank Trust National Association as Trustee fo, PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14130995 | + | Email/Text: bankruptcy1@acecashexpress.com | Apr 25 2023 23:43:00 | ACE Cash Express, 1701 Lincoln Highway, North |

Case 15-24009-GLT    Doc 299    Filed 04/27/23    Entered 04/28/23 00:25:40    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 25, 2023 | Form ID: 604 | Total Noticed: 53 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Versailles, PA 15137-2550 |
| 14130996 | + | Email/Text: EBNProcessing@afni.com | Apr 25 2023 23:43:00 | Afni, Attention: Bankruptcy, 1310 Martin Luther King Dr, Bloomington, IL 61701-1465 |
| 14202413 | | Email/Text: G06041@att.com | Apr 25 2023 23:43:00 | American InfoSource LP as agent for, DIRECTV, LLC, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14161861 | | Email/PDF: ebn_ais@aisinfo.com | Apr 25 2023 23:44:26 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14130997 | | Email/Text: bky@americanprofit.net | Apr 25 2023 23:43:00 | American Profit Recovery, 34505 W 12 Mile Road, Suite 333, Farmington, MI 48331-3288 |
| 14130998 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Apr 25 2023 23:43:00 | Berks Credit & Collections, 900 Corporate Drive, Reading, PA 19605-3340 |
| 14155678 | | Email/PDF: rmscedi@recoverycorp.com | Apr 25 2023 23:44:26 | Bureaus Investment Group Portfolio No 15 LLC, c/o Recovery Management Systems Corp, 25 SE 2nd Avenue Suite 1120, Miami FL 33131-1605 |
| 15408999 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 25 2023 23:43:00 | CSMC 2021-RPL4 Trust, C/O SELECT PORTFOLIO SERVICING, PO Box 65250, Salt Lake City, UT. 84165-0250 |
| 14131001 | | Email/Text: documentfiling@lciinc.com | Apr 25 2023 23:43:00 | Comcast, P.O. Box 70219, Philadelphia, PA 19176-0219 |
| 14131003 | | Email/Text: G06041@att.com | Apr 25 2023 23:43:00 | Direct TV, P.O. Box 78626, Phoenix, AZ 85062 |
| 14966913 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 25 2023 23:43:00 | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14131004 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 25 2023 23:43:00 | Drive Fin/Santander Consumer USA, Attn: Bankruptcy, 5201 Rufe Snow Dr Ste 400n, Richland Hills, TX 76180-6036 |
| 14131006 | | Email/Text: bankruptcydepartment@tsico.com | Apr 25 2023 23:43:00 | EOS CCA, P.O. Box 981025, Boston, MA 02298-1025 |
| 14131005 | + | Email/Text: bknotice@ercbpo.com | Apr 25 2023 23:43:00 | Enhanced Recovery Corp, Attention: Client Services, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14131008 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 25 2023 23:44:36 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14131009 | ^ | MEBN | Apr 25 2023 23:35:41 | Geico Casualty Company, One Geico Plaza, Bethesda, MD 20811-0001 |
| 14731947 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 25 2023 23:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14131010 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 25 2023 23:43:00 | Jefferson Capital Systems, LLC, 16 McCleland Road, Saint Cloud, MN 56303 |
| 14264549 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 25 2023 23:44:25 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14131013 | + | Email/Text: Supportservices@receivablesperformance.com | Apr 26 2023 10:27:52 | Rcvl Per Mng, Attn:Collections/Bankruptcy, Po Box 1548, Lynnwood, WA 98046-1548 |
| 14148911 | | Email/PDF: rmscedi@recoverycorp.com | Apr 25 2023 23:44:26 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14142228 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 25 2023 23:43:00 | Santander Consumer USA, Inc., P.O. BOX 961245, Ft Worth TX 76161-0244 |
| 14131015 | + | Email/Text: compliance@sentrycredit.com | Apr 25 2023 23:43:00 | Sentry Credit, Inc., 2809 Grand Avenue, Everett, WA 98201-3417 |
| 14131016 | + | Email/PDF: tbiedi@PRAGroup.com | Apr 25 2023 23:44:37 | The Bureaus Inc., 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

Case 15-24009-GLT    Doc 299    Filed 04/27/23    Entered 04/28/23 00:25:40    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 25, 2023 | Form ID: 604 | Total Noticed: 53 |

| 14131017 | ^ MEBN | | |
|---|---|---|---|
| | | Apr 25 2023 23:35:45 | Trident Asset Management, Po Box 888424, Atlanta, GA 30356-0424 |
| 14764947 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Apr 25 2023 23:43:00 | U.S. Bank Trust National Association as, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14131018 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Apr 25 2023 23:43:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 14131019 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Apr 25 2023 23:43:00 | West Penn Power, PO Box 3687, Akron, OH 44309-3687 |
| 14176839 | + Email/Text: bankruptcy@firstenergycorp.com | | |
| | | Apr 25 2023 23:43:00 | West Penn Power, 5001 NASA Blvd, Fairmont, WV 26554-8248 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | CSMC 2021-RPL4 Trust |
| 14966914 | *+ | DLJ Mortgage Capital, Inc., Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 27, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Santander Consumer USA Inc. brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor CSMC 2019-RPL2 Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor CSMC 2021-RPL4 Trust bnicholas@kmllawgroup.com |
| David A. Colecchia | on behalf of Joint Debtor Amy Louise Grace colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| David A. Colecchia | |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Apr 25, 2023 | Form ID: 604 | Total Noticed: 53

|  |  |
|---|---|
|  | on behalf of Debtor Jeffrey Todd Grace colecchia542@comcast.net dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us |
| James P. Valecko | on behalf of Creditor LSF8 Master Participation Trust jvalecko@weltman.com PitEcf@weltman.com |
| Maria Miksich | on behalf of Creditor CSMC 2021-RPL4 Trust mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor JPMorgan Chase Bank N.A. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 13