## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Jeffrey Todd Grace and
      Amy Louise Grace,
                Debtor(s),

Jeffrey Todd Grace and
Amy Louise Grace.          V.

Office of the United States Trustee, Ronda J.
Winnecour Chapter 13 Trustee, Santander
Consumer USA, First National Bank of PA, First
Commonwealth Bank, Recovery Management
Systems Corp., American Infosource LP, Columbia
Gas of PA, Select Portfolio Servicing, West Penn
Power, Peoples Natural Gas, JPMorgan Chase
Bank, Internal Revenue Service,

                Respondents,

Case No. 15-24009-GLT

Chapter 13

Related to Docket Document No. 296, 297
Docket Document No. 302

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1.      The Debtors made all payments required by the Chapter 13 Plan.

2.      Include whichever one of the two following statements applies:

      The Debtors are not required to pay any Domestic Support Obligations.

3.      The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f) (1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4.      On August 18, 2020, at docket number 235, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Post petition Instructional Course in Personal Financial Management,* with the *Certificate of Completion* attached to the form.

      This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated:  May 2, 2023

                /s/David A. Colecchia
                    David A. Colecchia, Esquire
                    David A. Colecchia and Associates
                    324 S. Maple Ave.
                    Greensburg, PA 15601-3219
                    724-837-2320
                    724-837-0602(fax)
                    colecchia542@comcast.net
                    PA I.D. No. 71830