# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 15-24009-JAD |
|    Jeffrey Todd Grace | : | Chapter 13 |
|    Amy Louise Grace | : | |
| Debtor, | : | |

## NOTICE OF
## CHANGE OF NAME AND ADDRESS

Undeliverable Address

    Creditor Name:    CSMC 2021-RPL4 Trust
    Incorrect Address:

Corrected Address:

    Creditor Name:    CSMC 2021-RPL4 Trust
    Correct Address:    500 Delaware Avenue, 11th Floor
                                 Wilmington, DE 19801

                                                /s/David A. Colecchia, Esquire
Dated: June 20, 2023                             Electronic Signature of Debtor(s)' Attorney
                                                Law Care
                                                David A. Colecchia and Associates
                                                324 South Maple Ave.
                                                Greensburg, PA 15601
                                                724-837-2320
                                                PA Bar I.D. 71830
                                                dcolecchia@my-lawyers.us