# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| CASE NAME | Jeffrey Todd Grace & Amy Louise Grace |
|---|---|
| CASE NO. | 15-24009 |
| RELATED TO DOCUMENT NO. | 312 |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The Application for Payment of Unclaimed Funds that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

An Order has been entered denying the Application without prejudice to refile said request along with a Motion to Reopen. Upon filing said documents, the filing party must ensure to file both motions in compliance with Western PA Local Bankruptcy Rules 3011-1, 9004-1, 9013-4, 9013-5 and Judge Taddonio's self-scheduling procedures.

| October 25, 2023 | By: | /s/ Olivia Brown |
|---|---|---|
| Date | | Deputy Clerk |

#106c-I

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 15-24009-GLT

Jeffrey Todd Grace  Chapter 13

Amy Louise Grace

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Oct 25, 2023     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jeffrey Todd Grace, Amy Louise Grace, 16 Barclay Street, Greensburg, PA 15601-1608 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: bnc-thebureaus@quantum3group.com | Oct 26 2023 00:13:00 | The Bureaus Inc, 650 Dundee Rd, Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2023      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Santander Consumer USA Inc. brett@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association as Trustee for GIFM Holdings Trust bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor CSMC 2019-RPL2 Trust bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 25, 2023 | Form ID: pdf900 | Total Noticed: 2 |

Brian Nicholas
    on behalf of Creditor CSMC 2021-RPL4 Trust bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor DLJ Mortgage Capital Inc. bnicholas@kmllawgroup.com

David A. Colecchia
    on behalf of Joint Debtor Amy Louise Grace colecchia542@comcast.net
    dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com

David A. Colecchia
    on behalf of Debtor Jeffrey Todd Grace colecchia542@comcast.net
    dcolecchia@my-lawyers.us;sshipley@my-lawyers.us;skerr@my-lawyers.us;jschantz@my-lawyers.us;rjuliano@my-lawyers.us;tkonop@my-lawyers.us;LawCareECF@gmail.com

James P. Valecko
    on behalf of Creditor LSF8 Master Participation Trust jvalecko@weltman.com PitEcf@weltman.com

Maria Miksich
    on behalf of Creditor CSMC 2021-RPL4 Trust mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor JPMorgan Chase Bank N.A. ecfmail@mortoncraig.com,
    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 13