IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>JEFFREY TODD GRACE AND<br>AMY LOUISE GRACE,<br><br>      Debtors.<br><br>BUREAUS INVESTMENT GROUP<br>PORTFOLIO NO. 15 LLC,<br><br>      Movant,<br><br>   vs.<br><br>JEFFREY TODD GRACE AND<br>AMY LOUISE GRACE,<br><br>      Respondents. | BANKRUPTCY NO. 15-24009-GLT<br><br>CHAPTER 13<br><br><br><br>HEARING DATE: 03/13/2024 at 10:00 a.m.<br><br>RESPONSE DATE: 02/12/2024<br><br>Related to Doc. No.: 313, 316, 318 |

## **CERTIFICATE OF SERVICE**

I, Thomas E. Reilly, of Thomas E. Reilly, P.C. certify that I am, and at all time hereinafter mentioned, was more than 18 years of age and that on the 26th day of January, 2024, I served a copy of the within Notice of Hearing and Response Deadline, together with the Motion to Reopen the Chapter 13 Bankruptcy Case to Plead the Application for the Recovery of Unclaimed Funds filed in this proceeding, on the following persons by Email or First Class Mail as listed below and via the BNC electronically as set forth on the BNC Electronic Service List listed on the Official Court Docket:

SERVICE BY EMAIL:

**David A. Colecchia, Esquire**
Law Care
324 South Maple Avenue
Greensburg, PA 15601-3219
Email: colecchia542@comcast.net

**Ronda J. Winnecour, Trustee**
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Email: rwinnecour@chapter13trusteewdpa.com

SERVICE BY MAIL:

**Jeffrey Todd Grace**
16 Barclay Street
Greensburg, PA 15601

**Amy Louise Grace**
16 Barclay Street
Greensburg, PA 15601

I certify under penalty of perjury that the foregoing is true and correct.

THOMAS E. REILLY, P.C.

Dated: 01/26/2024　　　　　　BY:　　　　　/s/ Thomas E. Reilly
Thomas E. Reilly, Esquire
Pa. I.D. No. 25832
1468 Laurel Drive
Sewickley, PA 15143
tereilly@tomreillylaw.com