**Fill in this information to identify the case:**

Debtor 1    Jeffrey Todd Grace

Debtor 2    Amy Louise Grace
(Spouse, if filing)

United States Bankruptcy Court for the WESTERN (PITTSBURGH) District of Pennsylvania

Case number    15-24009 GLT

---

Official Form 410S1

## Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** CSMC 2019-RPL2 Trust

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 7559

**Date of payment change:**
Must be at least 21 days after date of this notice    02/07/2020

**New total payment:**    $994.95
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $284.67    New escrow payment: $285.56

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

---

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1
246

Debtor(s)   Amy Louise Grace, and Jeffrey Todd Grace    Case number (*if known*)  15-24009 GLT
            First Name   Middle Name   Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ James C. Warmbrodt    Date  11/26/2019
Signature

Print:   James C. Warmbrodt   ATT ID:42524    Title  Attorney for Creditor
         First Name   Middle Name   Last Name

Company:   KML Law Group, P.C.

Address:   701          Market Street, Suite 5000
           Number       Street
           Philadelphia,                         PA    19106
           City                                  State  ZIP Code

Contact phone  (215) 627–1322    Email  JWarmbrodt@kmllawgroup.com