# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amy Louise Grace<br>Jeffrey Todd Grace<br>**Debtor(s)** | BK NO. 15-24009 GLT<br><br>Chapter 13 |
| CSMC 2021-RPL4 Trust<br>**Movant**<br><br>vs.<br><br>Amy Louise Grace<br>Jeffrey Todd Grace<br>**Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>Trustee | Related to Claim No. 10 |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Maria Miksich, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 08, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Amy Louise Grace
16 Barclay Street
Greensburg, PA 15601

Jeffrey Todd Grace
16 Barclay Street
Greensburg, PA 15601

Attorney for Debtor(s)
DAVID A. COLECCHIA, ESQUIRE
Law Care, (VIA ECF)
324 South Maple Avenue
Greensburg, PA 15601-3219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: September 08, 2021

 **/s/ Maria Miksich, Esquire**
Maria Miksich, Esquire
Attorney I.D. No. 319383
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
MMiksich@kmllawgroup.com