**Fill in this information to identify the** **Fill in this information to identify the case:**

Debtor 1    Jeffrey Todd Grace

Debtor 2    Amy Louise Grace

Debtor 2

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number    15-24009 GLT

Official Form 410S1

# Notice of Mortgage Payment Change                                                                                                                  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** CSMC 2021-RPL4 Trust                                  **Court claim no**. (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 7559

**Date of payment change:**
Must be at least 21 days after date of this notice                              06/07/2023

**New total payment:**                                                              $1012.79
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $222.60                    New escrow payment:  $ 219.38

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____ %                    New interest rate:  _____ %

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____

   Current mortgage payment: $ _____           New mortgage payment: $ _____

Official Form 410S1                      **Notice of Mortgage Payment Change**                                         page 1

Document ID: b3b0499898aad085b6e2ede7314a0401fc3d780fd48e88874eb0906cfaee1e41

| Debtor(s) | <u>Jeffrey Todd Grace, Amy Louise Grace</u> | | | Case number (*if known*) <u>15-24009 GLT</u> |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/<u>Brian C. Nicholas (Atty ID: 317240)</u>        Date  05/08/2023
Signature
Print: Brian Nicholas
08 May 2023, 09:39:24, EDT

Title  <u>Attorney for Creditor</u>

Company  <u>KML Law Group, P.C.</u>

Address  <u>701         Market Street, Suite 5000</u>
         Number      Street
         Philadelphia,                    PA    19106
         City                             State  ZIP Code

Contact phone  (215) 627–1322        Email  <u>bkgroup@kmllawgroup.com</u>

---

Official Form 410S1                **Notice of Mortgage Payment Change**                page 2