**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Amy Louise Grace** <br> **Jeffrey Todd Grace** <br>      **Debtor(s)** | **BK NO. 15-24009 GLT** <br><br> **Chapter 13** |
| **CSMC 2021-RPL4 Trust** <br>      **Movant** <br> **vs.** | **Related to Claim No. 10** |
| **Amy Louise Grace** <br> **Jeffrey Todd Grace** <br>      **Debtor(s)** | |
| **Ronda J. Winnecour**, <br>      **Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 09, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Amy Louise Grace
16 Barclay Street
Greensburg, PA 15601

Jeffrey Todd Grace
16 Barclay Street
Greensburg, PA 15601

<u>Attorney for Debtor(s)</u>
DAVID A. COLECCHIA, ESQUIRE
Law Care, (VIA ECF)
324 South Maple Avenue
Greensburg, PA 15601-3219

<u>Trustee</u>
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: <u>May 09, 2023</u>

                   **/s/Brian C. Nicholas Esquire**
                   Brian C. Nicholas Esquire
                   Attorney I.D. 317240
                   KML Law Group, P.C.
                   BNY Mellon Independence Center
                   701 Market Street, Suite 5000
                   Philadelphia, PA 19106
                   201-549-5366
                   bnicholas@kmllawgroup.com